ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JED HANSEL WOOD (01)
JOSHUA ROBERT LINK (02)
TIA MAKENZIE LINK (03)
a/k/a "Tia Makenzie Shane"
TAYLOR ORRIS BANG (04)
ROYANA JANE THOMAS (05)

No. 4:26-CR-051-P
[Supersedes Indictment Returned
on February 11, 2026.]

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

At all times material to this Indictment:

### General Allegations

*The Defendants and Related Entities*

1.      Agridime, LLC ("Agridime") was a limited liability company that was registered

to do business in Texas, beginning on approximately April 13, 2017. From on or about

May 12, 2017, through at least December 2023, Agridime was headquartered in Fort

Worth, Texas and offered cattle sales along with meat processing, distribution, and retail

sales services to the public through individual cattle brokers and online mass marketing.

2.      Defendant **Jed Hansel Wood** is a current resident of Fort Worth, Texas. From in

or about April 2017 through at least December 2023, defendant **Jed Wood** served as a

managing member, co-owner, and Operations Director for Agridime.

**Superseding Indictment - Page 1**

3.    Defendant **Joshua Robert Link** currently resides in Strafford, Missouri.  From in or about April 2017 through at least December 2023, defendant **Joshua Link** served as a managing member, co-owner, and Executive Director for Agridime.

4.    Defendant **Tia Makenzie Link** also known as Tia Makenzie Shane, currently resides in Smithton, Missouri.  From at least in or about January 2021 through December 2023, defendant **Tia Link** served as the Marketing Director for Agridime.

5.    Defendant **Taylor Orris Bang** is a current resident of Killdeer, North Dakota and is the owner and operator of Taylor Bang Cattle Sales, LLC, a North Dakota-based cattle company.  From at least January 2021 through December 2023, defendant **Taylor Bang**, served as a cattle broker for Agridime, and recruited sub-brokers to work for Agridime.

6.    Defendant **Royana Jane Thomas** is a current resident of Arlington, Texas.  From at least January 2021 through December 2023, defendant **Royana Thomas** served as Financial Controller for Agridime.

7.    From in or about April 2017 through December 2023, defendants **Jed Wood, Joshua Link, Tia Link, Taylor Bang,** and **Royana Thomas**, and other Agridime employees were not registered securities brokers or dealers with the Financial Industry Regulatory Authority ("FINRA") or the United States Securities and Exchange Commission ("SEC").  They also were not registered to offer securities at the state-level with the Texas State Securities Board ("TSSB") or with other state-level securities agencies.

**Superseding Indictment - Page 2**

8.      On or about April 18, 2023, and May 24, 2023, respectively, the Arizona Corporation Commission, ("ACC"), and the North Dakota Securities Department, ("NDSD"), filed Cease and Desist Orders against Agridime alleging that Agridime was:

a.      Offering and selling unregistered securities;

b.      Offering and selling securities while not registered as dealers or salesmen; and

c.      Committing fraud in connection with the operation of an Agridime website that was accessible to the public on April 18, 2023, and May 24, 2023, respectively, that invited cattle purchasers to, among other things, "purchase" a steer or heifer ("cattle") for $2,000 per head with a promise that "[a]ll cattle purchased during the Q2 of 2023 will be guaranteed 15-20% yearly profits."

<u>Count One</u>
Conspiracy to Commit Wire Fraud
(Violation 18 U.S.C. § 1349 (18 U.S.C. § 1343))

9.      Paragraphs 1 through 8 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

10.     From in or about January 2021, and continuing until in or about December 2023, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendants **Jed Wood, Joshua Link, Tia Link, Taylor Bang,** and **Royana Thomas** ("the defendants"), and Co-Conspirator A, Co-Conspirator B, and Co-Conspirator C, and others known and unknown, by and through the entity, Agridime, did knowingly and willfully combine, conspire, confederate and agree with each other, to engage in a scheme to defraud victims and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises with the intent to defraud those victims, and for the purpose of executing the scheme and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce certain signals and sounds in violation of 18 U.S.C. § 1343, that is, the defendants conspired to knowingly devise and execute a scheme to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations and promises, as further described below, and in furtherance of that scheme caused the transmission of interstate wire communications between Texas, Arizona, California, Kansas, North Dakota, and other states through electronic means (e.g., emails, text messages, Instagram and Facebook posts), and banking transactions.

**Superseding Indictment - Page 4**

## The Object of the Conspiracy

11.    The object of the conspiracy was for the defendants **Jed Wood**, **Joshua Link, Tia Link**, **Taylor Bang**, and **Royana Thomas**, and Co-Conspirator A, Co-Conspirator B, and Co-Conspirator C, and others, by and through the entity, Agridime, to defraud individual cattle purchasers, cattle producers ("ranchers"), and feedlots of their money and property and for defendants to enrich themselves through Agridime. To that end, the defendants:

a.    Executed cattle contracts with individual cattle purchasers that falsely represented to cattle purchasers that Agridime would use their funds to: purchase specific individual cattle; care for the cattle; process the cattle into meat; and sell the meat from the same specific individual cattle. In reality, the defendants intended to use and did use those funds to pay Agridime operating expenses, Agridime loan payments, and funds owed by Agridime to earlier cattle purchasers pursuant to their cattle contracts;

b.    Provided fraudulent financial and accounting information, with overstated valuation of Agridime's meat inventory, to solicit cattle purchases, and secure loans from financial institutions, private lenders, and feedlots;

c.    Fraudulently overstated the amount of cattle owned by Agridime to secure loans or financing from financial institutions, private lenders, and feedlots;

d.    Disbursed funds paid by cattle purchasers to, among other things, pay themselves excessive salaries and to pay commissions to cattle brokers; and

e.    Diverted Agridime funds to pay their own personal expenses.

**Superseding Indictment - Page 5**

Manner and Means of the Conspiracy and the Scheme to Defraud

*Background Information and Bank Accounts*

12.     It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, for the defendants, by and through the entity Agridime, to secure funds from victims by executing formal cattle purchase agreements with victims intending to buy cattle, wherein victims agreed to pay a specific amount of funds in exchange for Agridime's agreement to use those funds to: purchase, raise, process into meant, and distribute the meat from specific individual cattle; and then pay a specific profit from the sale of that meat to the victim by a specific date ("cattle contracts"). In reality, the defendants did not use victim's funds to purchase, raise, process into meat, and distribute the meat from specific individual cattle.

13.     It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, the defendants **Jed Wood**, **Joshua Link** and **Royana Thomas** controlled Worthington National Bank ("WNB") accounts held in the name of Agridime, to include: WNB account nos. x2742, x3203, and x0845. Defendants **Joshua Link** and **Jed Wood** had signature authority for WNB account nos. x2742, x3203, and x0845.

*Solicitations*

14.     It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, the defendants communicated with victims via face-to-face meetings, to include telephone and video conferences, via

**Superseding Indictment - Page 6**

electronic communications, and via the Agridime website to directly solicit and encourage victims to purchase cattle from and send funds to Agridime.  For Example:

a.      On or about the dates shown in the chart below, following a successful solicitation, defendant **Tia Link** directed defendant **Joshua Link**, via email, to execute cattle contracts with victims, including those shown in the chart below, after having falsely represented to the victims that funds from their payment would be used to: purchase, raise, process into meat and distribute the meat from specific individual cattle; and then pay a specific profit from the sale of that meat to the victim by a specific date.  The defendants caused funds from each victim to be deposited into an Agridime account, but the defendants did not use those funds to: purchase, raise, or process into meat specific cattle for each victim; nor pay a specific profit from the sale of the resulting meat, as shown in the chart below:

| Approx. Date Email Sent from Defendant Tia Link (03) to Defendant Joshua Link (02) | Victim(s) | Cattle Contract No. | Approximate Head(s) of Cattle Sold in Contract | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
| 4/7/23 | Individual TA | 7180 | 2 heads | $4,000 |
| 4/7/23 | Individual TB | 7179 | 1 head | $2,000 |
| 4/7/23 | Individual TC | 7178 | 7 heads | $14,000 |
| 4/10/23 | Individual TD | 7174 | 1 head | $2,000 |
| 4/10/23 | Individual TE | 7273 | 2 heads | $4,000 |
| 4/10/23 | Individual TF | 6102 | 16 heads | $32,000 |
| 4/10/23 | Individual TG | 7166 | 6 heads | $12,000 |
| 4/10/23 | Individual TH | 7168 | 1 head | $2,000 |
| 4/10/23 | Individual TI | 7169 | 2 heads | $4,000 |
| 4/10/23 | Individual TJ | 7170 | 1 head | $2,000 |
| 4/5/23 | Individual TK | 7033 | 5 heads | $10,000 |

| Approx. Date Email Sent from Defendant Tia Link (03) to Defendant Joshua Link (02) | Victim(s) | Cattle Contract No. | Approximate Head(s) of Cattle Sold in Contract | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
| 4/5/23 | Individual TL | 7145 | 1 head | $2,000 |
| 4/5/23 | Individual TM | 7150 | 12 heads | $24,000 |
| 4/5/23 | Individual TN | 7152 | 1 head | $2,000 |
| 3/31/23 | Individual TO | 7083 | 10 heads | $20,000 |
| 3/31/23 | Individual TP | 7085 | 4 heads | $8,000 |
| 3/31/23 | Individual TQ | 7087 | 1 head | $2,000 |
| 3/31/23 | Individual TR | 7074 | 5 heads | $10,000 |
| 3/30/23 | Individual TS | 7071 | 2 heads | $4,000 |
| 3/30/23 | Individual TT | 7009 | 2 heads | $4,000 |
| 3/30/23 | Individual TU | 7068 | 1 head | $2,000 |
| | | | | |

15.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, the defendants met with victims in face-to-face meetings, to directly solicit and encourage victims to purchase cattle. For example:

a.    From at least in or about January 2021 through December 2023, defendants **Joshua Link** and **Taylor Bang** met with Individual A directly to solicit and encourage Individual A and Individual B to purchase cattle from and send funds to Agridime;

b.    In or about 2022, defendants **Joshua Link** and **Tia Link**, met directly with Individual C in the Agridime offices in Fort Worth, Texas to solicit and encourage Individual C to purchase cattle from and send funds to Agridime.

Superseding Indictment - Page 8

During her communication to Individual C, defendant **Tia Link** provided fraudulent financial and accounting information, with an overstated valuation of Agridime meat inventory, to encourage Individual C to purchase cattle from Agridime.

c.   On or about November 28, 2023, defendant **Royana Thomas**, met with Individual U directly via telephone to solicit and encourage Individual U to purchase cattle from and send funds to Agridime.  During her communication to Individual U, defendant **Royana Thomas** encouraged Individual U to purchase 125 specific individual heads of cattle by:

i.   Offering greater profits than available in public advertising by stating, among other things, "I could offer you [profits of] 24.44% … at $1,100 a head instead of a $1,000" based on the size of his cattle purchase; and

ii.   Falsely stating that Agridime paid profits to cattle purchasers based on meat sales, when in reality, during the relevant time period, the defendants typically used funds received by Agridime from later cattle purchasers to pay funds owed by Agridime to earlier cattle purchasers, stating:

"….where we really make the money on this…. whole operation is that we also have a meat distributing company… where we end up making the money is when we harvest, process and get the meat out… we sell to whole, big wholesalers and retail…. and that's why we're able to offer that percentage… because of the yield."
*Solicitation Via Electronic Communications*

16.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, defendants **Joshua Link, Tia Link**, and **Royana Thomas**, would send correspondence via email and text message to directly solicit and encourage victims to purchase cattle from and send funds to Agridime. For example:

a.    On or about November 8, 2021, defendant **Tia Link** communicated directly, or caused direct communication, with Individual D via email to solicit and encourage him to purchase cattle from and send funds to Agridime, by falsely stating, among other things, that "…each cattle bought in Q4 of 2021 has guaranteed 15% yearly profits."

b.    On or about March 3, 2023, Co-Conspirator B, communicated directly, or caused direct communication, with Individual F via email to solicit and encourage her to purchase cattle and send funds to Agridime. During his email communication to Individual F, Individual F asked a written question about, among other things whether cattle was "…ear tagged and do I get all the numbers" and in response, Co-Conspirator B provided fraudulent information about Agridime operations.

c.    On or about March 27 to 30, 2023, defendant **Joshua Link** communicated directly, or caused direct communication, with Individual H via email to solicit and encourage him to purchase cattle and send funds to Agridime.

Superseding Indictment - Page 10

d.     On or about July 19, 2023, defendant **Royana Thomas** communicated directly, or caused direct communication, via email with Individual D, via email, to solicit and encourage Individual D to purchase cattle from and send funds to Agridime. During her communication to Individual D, defendant **Royana Thomas** provided fraudulent information, by stating among other things, "We have passed our 2023 audit with the USDA and are above reproach with all standards and regulations… This will not affect your current nor future contracts."

e.     On or about August 10, 2023, defendant **Royana Thomas** communicated directly, or caused direct communication, with Individual S, via text message, to solicit and encourage Individual S to purchase cattle from and send funds to Agridime.

f.     On approximately August 17, 2023, defendant **Tia Link** communicated directly, or caused direct communication, with Individual Q, via email by, among other things, sending a copy of a current version of the Agridime cattle contract and writing, in part, that "Agridime is regulated by the USDA and just went through and passed our 2023 audit with the USDA."

g.     From approximately August 17 to 21, 2023, defendant **Tia Link** communicated directly, or caused direct communication, via email with Individual R and wrote "Yes, that is correct" on August 21, 2023, in response to a question about whether it was "guaranteed that one year from now you will pay me 5500… ."

*Solicitation Via Website*

17.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through at least in or about June 9, 2023, for the defendants, by and through the entity Agridime, to both: (a) advertise their business, Agridime, using their publicly available website that included statements that provided, in part "…customer purchases cattle from us for $2,000 per head.  That $2,000 is used to purchase one steer or heifer, feed that animal to finish, fully process the beef into retail packaging and then ultimately sell the beef" and "…customers that purchase cattle are issued a contract at the time of purchase, certifying and describing payment of cattle contract profits" and (b) to execute cattle purchase transactions with victims through the publicly available Agridime website via a third-party online payment processing service, as shown below:



*Cattle Purchaser Victims*

18.    It was further part of the conspiracy and scheme and artifice to defraud that between on or about the dates shown in the chart below, the defendants, by and through the entity Agridime, executed cattle contracts with victims, including those shown in the chart below, after having falsely represented to the victims that funds from their payment would be used to: purchase, raise, process into meat and distribute the meat from specific individual cattle; and then pay a specific profit from the sale of that meat to the victim by a specific date.  The defendants caused funds from each victim to be deposited into an Agridime account, but the defendants did not use those funds to: purchase, raise, or process into meat specific cattle for each victim; nor pay a specific profit from the sale of the resulting meat, as shown in the chart below:

| Cattle Purchaser Victim(s) | Relevant Communication with Specific Defendant(s) | Approx. Cattle Contract Date | Cattle Contract No. | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
|  |  |  |  |  |
| Individual E | Joshua Link (02), Tia Link (03), Royana Thomas (05) | 12/30/22 | 5488 | $10,000 |
| Individual E | Joshua Link (02), Tia Link (03), Royana Thomas (05) | 1/3/23 | 5532 | $10,000 |
| Individual Z | Joshua Link (02) | 2/1/23 | 5796 | $50,000 |
| Individual D | Joshua Link (02), Tia Link (03), Royana Thomas (05) | 2/8/23 | 5878 | $300,000 |
| Individual F | Joshua Link (02) | 3/7/23 | 6185 | $100,000 |
| Individual F | Joshua Link (02) | 3/21/23 | 6319 | $50,000 |
| Individual H | Joshua Link (02), Taylor Bang (04) | 4/6/23 | 7002 | $650,000 |
| Individual W | Joshua Link (02) | 4/10/23 | 7090 | $250,000 |
| Individual I | Joshua Link (02) | 4/17/23 | 7262 | $26,000 |

| Cattle Purchaser Victim(s) | Relevant Communication with Specific Defendant(s) | Approx. Cattle Contract Date | Cattle Contract No. | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
| Individual AA | Joshua Link (02) | 4/19/23 | 7247 | $120,000 |
| Individual P | Joshua Link (02) | 5/18/23 | 7542 | $20,000 |
| Individual J | Joshua Link (02), Taylor Bang (04) | 5/19/23 | 7522 | $2,000,000 |
| Individual M | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 6/12/23 | 7702 | $60,000 |
| Individual A and Individual B | Jed Wood (01), Joshua Link (02), Taylor Bang (04) | 6/13/23 | 7710 | $2,700,000 |
| Individual T | Jed Wood (01), Joshua Link (02) | 6/14/23 | 7697 | $500,000 |
| Individual C | Jed Wood (01), Joshua Link (02), Tia Link (03), Taylor Bang (04), Royana Thomas (05) | 6/16/23 | 7734 | $2,000,000 |
| Individual W | Joshua Link (02) | 7/10/23 | 7793 | $250,000 |
| Individual Y | Joshua Link (02) | 7/11/23 | 7796 | $150,00 |
| Individual G | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 7/24/23 | 37850 | $420,000 |
| Individual K | Joshua Link (02), Taylor Bang (04) | 8/3/23 | 37867 | $150,00 |
| Individual X | Joshua Link (02), Tia Link (03), Royana Thomas (05) | 8/16/23 | 37999 | $22,500 |
| Individual T | Joshua Link (02) | 8/17/23 | 37895 | $1,000,000 |
| Individual S | Joshua Link (02), Royana Thomas (05) | 8/21/23 | 37971 | $202,500 |
| Individual V | Joshua Link (02) | 8/29/23 | 38135 | $200,000 |
| Individual V | Joshua Link (02) | 8/30/23 | 38135 | $200,000 |
| Individual V | Joshua Link (02) | 8/31/23 | 38135 | $50,000 |
| Individual L | Joshua Link (02) | 8/31/23 | 38192 | $13,500 |
| Individual A and Individual B | Joshua Link (02), Taylor Bang (04) | 8/31/23 | 38159 | $1,742,000 |

| Cattle Purchaser Victim(s) | Relevant Communication with Specific Defendant(s) | Approx. Cattle Contract Date | Cattle Contract No. | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
| Individual D | Joshua Link (02), Royana Thomas (05) | 9/19/23 | 38295 | $270,000 |
| Individual C | Jed Wood (01), Joshua Link (02), Tia Link (03), Taylor Bang (04), Royana Thomas (05) | 9/21/23 | 38321 | $2,101,500 |
| Individual T | Joshua Link (02) | 10/11/23 | 38379 | $1,000,000 |
| Individual M | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 11/7/23 | 38477 and 38518 | $240,000 |
| Individual A and Individual B | Joshua Link (02), Taylor Bang (04) | 11/21/23 | 38623 | $1,500,000 |
| Individual W | Joshua Link (02), Royana Thomas (05) | 12/4/23 | 38686 | $1,000,000 |
| Individual A and Individual B | Joshua Link (02), Taylor Bang (04) | 12/6/23 | 38702 | $1,500,000 |
| Individual Y | Joshua Link (02), Royana Thomas (05) | 12/7/23 | 38672 | $346,500 |
|  |  |  |  |  |
| Individual AB Individual AC Individual AD | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 12/19/22 | 5337 | $300,000 |
| Individual AE Individual AD | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 12/27/22 | 5432 | $60,000 |
| Individual AK Individual AL | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 1/31/23 | 5785 | $150,000 |
| Individual AB Individual AC Individual AD | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 2/20/23 | 5869 | $500,000 |
| Individual AJ Individual AK | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 2/20/23 | 6000 | $220,000 |
| Individual AJ Individual AK | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 2/20/23 | 6002 | $10,000 |
| Individual AJ Individual AK | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 2/24/23 | 6001 | $10,000 |

**Superseding Indictment - Page 15**

| Cattle Purchaser Victim(s) | Relevant Communication with Specific Defendant(s) | Approx. Cattle Contract Date | Cattle Contract No. | Dollar Amount of Cattle Purchased |
|---|---|---|---|---|
| Individual AJ Individual AK | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 2/24/23 | 6003 | $10,000 |
| Individual AK Individual AL | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 3/9/23 | 6215 | $200,000 |
| Individual AJ Individual AK | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 4/13/23 | 7222 | $250,000 |
| Individual AF Individual AD | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 5/25/23 | 7609 | $220,000 |
| Individual AM | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 11/13/23 | 38581 | $250,000 |
| Individual AG Individual AH Individual AI | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 11/22/23 | 38642 | $150,000 |
| Individual AE Individual AD | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 11/29/23 | 38668 | $100,000 |
| Individual AM | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 12/5/23 | 38695 | $250,000 |

*Commissions Paid to Cattle Brokers*

19.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about June 2022 through December 2023, the defendants, by and through the entity Agridime, caused Agridime to pay defendant **Taylor Bang** and Agridime sub-cattle brokers a sales commission for an amount of up to 10% of the amount paid by the relevant cattle purchaser, pursuant to the relevant cattle contract.  For example, defendant **Taylor Bang** executed a sales representative agreement ("Commission Agreement"), effective approximately June 2, 2022, providing that if defendant **Taylor Bang** "…acts

**Superseding Indictment - Page 16**

as the sales representative for [a cattle contract]" he "[s]hall be given 10% of the total gross sales amount that Agridime receives, as a commission."

*Retained Ownership*

20.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through at least October 2023, for the defendants, by and through the entity Agridime, to execute consignment contracts with ranchers, wherein Agridime agreed to care for specific cattle owned by the ranchers for a specific amount of time, then subsequently deliver the cattle to a feedlot for processing into meat, in exchange for an agreement that Agridime would pay the ranchers a previously agreed price per pound for the resulting meat after processing for retail sale ("retained ownership contract victims"). For retained ownership contract victims shown in the chart below, the defendants cared for specific cattle then subsequently delivered the cattle to a feedlot for processing into meat for retail sale, but the defendants did not pay the ranchers, as promised:

| Victim(s) | Relevant Communication with Specific Defendant(s) | Approx. Retained Ownership Contract Date | Contract No. | Approximate Amount of Cattle Subject to Retained Ownership |
|---|---|---|---|---|
| Individual N & Individual O | Joshua Link (02) | 3/3/23 | 8096 | 90 head of heifers |
| Individual N & Individual O | Joshua Link (02) | 2/20/23 | 8106 | 162 head of steers |

*Agridime Promissory Notes with Private Lenders*

21.    It was further part of the conspiracy and scheme and artifice to defraud that on June 15, 2022, defendant **Jed Wood,** acting as Director of Operations and Administration for Agridime, executed a promissory note with Entity A, wherein he agreed, among other things, that Agridime would borrow $3,950,000 and repay that sum with 15% interest (i.e., the total sum of $4,542,500) on June 15, 2023.

22.    It was further part of the conspiracy and scheme and artifice to defraud that from on or about June 12, 2023, through on or about June 15, 2023, defendant **Jed Wood** and others caused:

    a.    Approximately $500,000 of funds paid by Individual T to Agridime pursuant to a cattle contract be deposited into WNB account x2742

    b.    Approximately $2,700,000 of funds paid by Individual A and Individual B to Agridime pursuant to a cattle contract to be deposited into WNB account x2742

    c.    on June 15, 2023, a portion of the funds paid by Individual T and Individual A and Individual B to be wired from WNB account x2742 to pay $2,800,000 owed to Entity A, pursuant to a promissory note.

23.    It was further part of the conspiracy and scheme and artifice to defraud that from at least in or about January 2021 through December 2023, for the defendants to divert Agridime funds to pay their own personal expenses, including payments of the approximate amounts listed below:

**Superseding Indictment - Page 18**

a.      $2,414,000 of combined salary and commission payments to defendant **Jed Wood** and his spouse;

b.      $2,728,000 of combined salary and commission payment to defendants **Joshua Link** and **Tia Link**, jointly;

c.      $6,987,000 of commission payments to defendant **Taylor Bang**;

d.      $410,000 of combined salary and commission payments to defendant **Royana Thomas**;

e.      $319,500 to purchase sheep for purposes unrelated to Agridime business operations; and

f.      Over $4,000,000 of transfers to a bank account held in the name of Entity B, an entity created and owned by defendants **Jed Wood** and **Joshua Link,** purportedly to operate as a transportation company to deliver Agridime retail meat to vendors.

*Concealing the Scheme*

24.     In order to conceal the scheme, in or around April 2023, defendant **Joshua Link** provided duplicative Electronic Identification ("EID") tag information to both Individual H and Individual J, purporting to show specific heads of cattle had been purchased for each victim.

25.     In order to conceal the scheme, in or about December 2023, defendants **Taylor Bang** and **Royana Thomas** planned to alter dates of sale on cattle purchase records and receipts to make it appear that Agridime paid for cattle within 24-hours of each cattle

purchase because delayed cattle payments may have resulted in a negative assessment of Agridime during a review of its business practices by the USDA.

26.    In order to conceal the scheme, in or about July 2023, defendant **Royana Thomas** and other Agridime employees travelled to North Dakota for the purpose of addressing cattle purchaser concerns regarding the relevant NDSD Cease and Desist order.  For example, defendants **Taylor Bang** and **Royana Thomas** met with cattle purchasers individually in July 2023 and attempted to reassure cattle purchasers that the relevant NDSD Cease and Desist order would not impact Agridime's ability to pay funds owed pursuant to existing or future Agridime cattle contracts.

27.    In order to conceal the scheme, from in or about November 2023 to December 2023, defendants **Joshua Link**, **Taylor Bang**, and **Royana Thomas**, acting through the entity Agridime, combined to solicit and execute a cattle purchase contract with Individual M, an Arizona resident, in violation of the relevant ACC Cease and Desist order. To conceal their intentional violation of the ACC Cease and Desist order, the defendants **Joshua Link**, **Taylor Bang**, and **Royana Thomas** worked together to:

    a.    Generate a fraudulent cattle contract that omitted Individual M's name as a purchaser and listed only defendant **Taylor Bang** as the purchaser;

    b.    Cause Individual M to send payment of $240,000 to an account controlled by defendant **Taylor Bang**, rather than to an Agridime account; and

    c.    Generate fraudulent Agridime business records to conceal Individual M's payment.

Superseding Indictment - Page 20

28.     As a result of the scheme, over 2,200 individual victims located throughout the United States paid a combined amount of over approximately $220 million to Agridime to purchase cattle based, in part, on the representation from Agridime that those funds would be used to purchase, raise, process into meat, and distribute meat from specific individual cattle using their funds, while in reality those funds were used to pay Agridime operating expenses, Agridime loan payments, or funds owed by Agridime to earlier cattle purchasers pursuant to their cattle contracts.

All done in violation of 18 U.S.C. § 1349.

Counts Two to Eleven
Wire Fraud
(Violation 18 U.S.C. §§ 1343 and 2)

29.    Paragraphs 1 through 8 and 12 through 28 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

30.    Beginning in or about January 2021, and continuing until in or about December 2023, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendants identified in the chart below, by and through the entity, Agridime, devised, intended to devise, and aided and abetted others in devising, a scheme and artifice to defraud and to obtain money by false and fraudulent pretenses, representations, and promises, as described in paragraphs 11 through 23 above.

31.    On or about the dates set forth below, in the Fort Worth Division of the Northern District of Texas and elsewhere, in furtherance of, and for the purpose of executing such scheme and artifice to defraud, defendants identified in the chart below transmitted and caused to be transmitted by means of wire communications in interstate commerce the signals and sounds set forth below:

| Count | Defendant(s) | Victim(s) Making Payment/ Contract # | Description of Wire Transmission | Date of Wire Transmission | Amount of Wire Transmission |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Two | Joshua Link (02), Taylor Bang (04) | Individual H /Contract # 7002 | Transfer from First Interstate Bank account no. 6477 in Pillar, Montana, to Agridime WNB account no. x2742 passing through WNB server in Georgia | 3/27/23 | $650,000 |
| Three | Jed Wood (01), Joshua Link (02), Taylor Bang (04) | Individual A, Individual B /Contract # 7710 | Transfer from Cornerstone Bank account no. x2493 in Watford City, ND to Agridime WNB account no. x2742 passing through WNB server in Georgia | 6/13/23 | $2,700,000 |

| Count | Defendant(s) | Victim(s) Making Payment/ Contract # | Description of Wire Transmission | Date of Wire Transmission | Amount of Wire Transmission |
|---|---|---|---|---|---|
| Four | Jed Wood (01), Joshua Link (02), Tia Link (03) Taylor Bang (04), Royana Thomas (05) | Individual C /Contract # 7734 | Transfer from Dakota Community Bank & Trust account no. x8000 in Dickinson, North Dakota to Agridime WNB account no. x2742 passing through WNB server in Georgia | 6/16/23 | $2,000,000 |
| Five | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | Individual G /Contract # 37850 | Transfer from Frost Bank account no. 4747 in Katy, Texas to Agridime WNB account no. 2742 passing through WNB server in Georgia | 7/4/23 | $420,000 |

**Superseding Indictment - Page 24**

| Count | Defendant(s) | Victim(s) Making Payment/ Contract # | Description of Wire Transmission | Date of Wire Transmission | Amount of Wire Transmission |
|---|---|---|---|---|---|
| Six | Joshua Link (02) & Taylor Bang (04) | Individual K /Contract # 37867 | Transfer from US Bank account no. x2402 in Hat Creek, California to Agridime WNB account no. x2742 passing through WNB server in Georgia | 8/3/23 | $150,000 |
| Seven | Joshua Link (02), Tia Link (03), Royana Thomas (05) | Individual X /Contract # 37999 | Transfer from First Citizens Bank & Trust account no. 1348 in Savannah, Georgia to Agridime WNB account no. x2742 in Fort Worth, Texas | 8/16/23 | $22,500 |

**Superseding Indictment - Page 25**

| Count | Defendant(s) | Victim(s) Making Payment/ Contract # | Description of Wire Transmission | Date of Wire Transmission | Amount of Wire Transmission |
|---|---|---|---|---|---|
| Eight | Joshua Link (02) & Royana Thomas (05) | Individual S /Contract # 37971 | Transfer from Washington Federal Bank account no. 4037 in Eastsound, Washington to Agridime WNB account no. x2742 passing through WNB server in Georgia | 8/21/23 | $202,500 |
| Nine | Jed Wood (01), Joshua Link (02), Tia Link (03) Taylor Bang (04), Royana Thomas (05) | Individual C /Contract # 38321 | Transfer from Dakota Community Bank & Trust account no. x8000 in Dickinson, North Dakota to Agridime WNB account no. x2742 passing through WNB server in Georgia | 9/22/23 | $2,101,500 |

| Count | Defendant(s) | Victim(s) Making Payment/ Contract # | Description of Wire Transmission | Date of Wire Transmission | Amount of Wire Transmission |
|---|---|---|---|---|---|
| Ten | Joshua Link (02), Taylor Bang (04) & Royana Thomas (05) | Individual M /Contract # 38477 and 38518 | Transfer from bank account in Coolidge, Arizona controlled by Individual M in Arizona to Dakota Community Bank & Trust account no. x9963 in Killdeer, North Dakota controlled by defendant **Taylor Bang** | 11/7/23 | $240,000 |
| Eleven | Joshua Link (02) & Taylor Bang (04) | Individual B /Contract # 38702 | Transfer from Cornerstone Bank account no. x2493 in Watford City, ND to Agridime WNB account no. x2742 passing through WNB server in Georgia | 12/6/23 | $1,500,000 |

All done in violation of 18 U.S.C. §§ 1343 and 2.

**Superseding Indictment - Page 27**

<u>Counts Twelve to Fourteen</u>
Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity
(Violation of 18 U.S.C. § 1957)

32.    The Grand Jury realleges and incorporates the allegations set forth in Paragraphs 1 through 8, 12 through 28 of this indictment.

33.    On or about the dates set forth below, in the Northern District of Texas, and elsewhere, defendants identified in the chart below, did knowingly engage and attempt to engage in monetary transactions affecting interstate and foreign commerce in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, the manner of which is as described in the chart below, and each transaction constituting a separate count:

| Count | Defendant(s) | Approximate Date | Wire Description |
|-------|--------------|------------------|------------------|
| Twelve | Jed Wood (01) | 9/28/22 | Wire transfer of approximately $63,370.58 from Simmons Bank account no. x2466 controlled by defendant **Jed Wood** to Newrez LLC for "Home Payoff" |
| Thirteen | Joshua Link (02), Tia Link (03) | 12/7/22 | Wire transfer of approximately $527,859.50 from Arvest Bank account no. x0525 owned and controlled by defendants **Joshua Link** and **Tia Link** to Security First Title, LLC for purchase of Property A |

**Superseding Indictment - Page 28**

| Count | Defendant(s) | Approximate Date | Wire Description |
|---|---|---|---|
| Fourteen | Joshua Link (02), Taylor Bang (04), Royana Thomas (05) | 11/9/23 | Wire transfer of approximately $240,000 from Dakota Community Bank & Trust account no. x9963 in Killdeer, North Dakota controlled by defendant **Taylor Bang** to Agridime WNB account no. x2742 passing through WNB server in Georgia as payment for Cattle Contract # 38518 |

All done in violation of 18 U.S.C. §§ 1957 and 2.

Superseding Indictment - Page 29

Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c),
and 21 U.S.C. § 853(p))

34.    Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any of the offenses alleged in Counts One through Eleven of this Indictment, the defendants, **Jed Wood, Joshua Link, Tia Link, Taylor Bang,** and **Royana Thomas** shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

35.    Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any of the offenses alleged in Counts Twelve through Fourteen of this Indictment, the defendants **Jed Wood, Joshua Link, Tia Link, Taylor Bang,** and **Royana Thomas** shall forfeit to the United States of America any property, real or personal, involved in such offense, or any property traceable to such property.

If property is not available for forfeiture as a result of any act or omission of the defendants for one or more of the reasons listed in 21 U.S.C. § 853(p) the government may seek a forfeiture "money" judgment.

36.    If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

**Superseding Indictment - Page 30**

(e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

A TRUE BILL.

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
MARK MCDONALD
Assistant United States Attorney
Virginia Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone: 817-252-5272
Email: mark.mcdonald3@usdoj.gov

**Superseding Indictment - Page 31**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

JED HANSEL WOOD (01)
JOSHUA ROBERT LINK (02)
TIA MAKENZIE LINK (03)
a/k/a "Tia Makenzie Shane"
TAYLOR ORRIS BANG (04)
ROYANA JANE THOMAS (05)

---

SUPERSEDING INDICTMENT

18 U.S.C. § 1349 (18 U.S.C. § 1343)
Conspiracy to Commit Wire Fraud
Count 1

18 U.S.C. §§ 1343 and 2
Wire Fraud
Counts 2 – 11

18 U.S.C. §§ 1957 and 2
Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity
Counts 12 - 14

18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c),
and 21 U.S.C. § 853(p)
Forfeiture Notice

A true bill rendered

FORT WORTH _____ ⟨signature⟩ FOREPERSON _____

Filed in open court this 11th day of March, 2026.

**Defendants Wood (01), Link (03), Bang (04) and Thomas (05) on Conditions of Release**
**Defendant Link (02) Currently in Federal Custody in the Central District of California, Los Angeles**

-----------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
District Court Number: 4:26-CR-051-P