IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA ROBERT LINK (02)
ROYANA JANE THOMAS (05)
JASON ALLEN LINK (06)

No. 4:26-00051-P

# GOVERNMENT'S WITNESS LIST

*(version on 10/29/26)*

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Adams, Jimmy, Former Agridime employe | Will testify to facts regarding Agridime operations and communications with Agridime personnel.<br>Probable fact witness. | _______/________ |
| 2. | Ahuja, Madhu, Agridime Contractor | Will testify to facts regarding Agridime accounting and business records.<br>Probable fact witness. | _______/________ |
| 3. | Anaya, Andres<br>Court Reporter | Will testify regarding sworn testimony of Joshua Link on 8/2/23. Probable Fact Witness | _______/________ |
| 4. | Bang, Taylor<br>Cattle Broker | Will testify regarding his communications with Agridime as a cattle purchaser. Probable fact witness. | |
| 5. | Barnes, Greg (using an AKA)<br>Cattle Purchaser<br>FBI Special Agent | Will testify to facts regarding his communications with Agridime as a cattle purchaser. Probable fact witness. Audio recorded 11/28/23 | _______/________ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 6. | Bell, Cliff<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 7. | Berentson, Janalee<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 8. | Biffert, Sherman<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 9. | Blumenfeld, Zachary<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 10. | Bollig, Matt, Project Manager - Kaw Valley Solar LLC | Will testify to facts regarding communications and transactions with Agridime and Shady Brook Ranch. Probable fact witness | ______/______ |
| 11. | Brooks, Sam<br>Agridime Cattle Broker | Will testify to facts regarding his communications with Agridime as a cattle purchaser. Probable fact witness. | ______/______ |
| 12. | Buchan, Lesley<br>FBI Special Agent | Will testify to evidence seized from Defendant Joshau Link in March 2026.<br>Probable fact witness | ______/______ |
| 13. | Cannon, Todd<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser. Probable fact witness. | ______/______ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 14. | Cockburn, Winston<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser. Probable fact witness. | _______/________ |
| 15. | Crider, Katrina<br>FBI Forensic Accountant | Will testify to her understanding and examination of relevant business records and bank records.<br>Probable fact witness. | _______/________ |
| 16. | Crowdis, Creston<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 17. | Davison, Andrew<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 18. | Dresser, Brian<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 19. | Durden, Drake<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 20. | Dyer, Alex<br>Former Agridime employe | Will testify to facts regarding Agridime operations, cattle inventory, and communications with Agridime personnel. | _______/________ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| | | Probable fact witness. | |
| 21. | Eastman, Gina<br>Former Agridime employe | Will testify to facts regarding Agridime operations and accounting and business records.<br><br>Probable fact witness. | ______/______ |
| 22. | Eldred, Ross,<br>FBI Special Agent | Will testify to facts regarding his communications with Agridime Personnel and Defendant Joshua Link.<br>Probable fact witness. | ______/______ |
| 23. | Ellis, Barry<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 24. | Fahey, Stephen<br>Agridime Receiver | Will testify to facts regarding Agridime operations and accounting and business records.<br>Potential fact witness. | ______/______ |
| 25. | Finberg, Steve<br>Cattle Purchaser | Will testify to facts regarding Agridime operations and accounting and business records.<br>Probable fact witness. | ______/______ |
| 26. | Francisco, Andrew<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 27. | Frank, Dayna<br>Cattle Purchaser | Will testify to facts regarding her communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |

| **No.** | **Name/Position** | **Subject Matter of Testimony** | **Sworn/Testified** |
|---|---|---|---|
| 28. | Gayle, James Kyle<br>Former Agridime employe | Will testify to facts regarding Agridime operations and accounting and business records.<br>Probable fact witness. | ______/______ |
| 29. | Gartner, Brittany<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 30. | Gartner, Drew<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 31. | Gentz, Dustin Lee | Will testify to facts regarding work performed on Shady Brook Ranch property.<br>Probable fact witness | ______/______ |
| 32. | Goracke, Dallas<br>Former Agridime employe | Will testify to facts regarding Agridime operations and accounting and business records.<br>Probable fact witness. | ______/______ |
| 33. | Goss, Tim<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 34. | Guiterrez, Raul<br>Former USDA OIG SA | Will testify to facts regarding Agridime statements made by Agridime personnel and records provided by Agridime.<br>Probable fact witness. | ______/______ |
| 35. | Guinand, Steven<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 36. | Hall, Jarrad<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 37. | Hanson, Lorrie<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 38. | Hanson, Paul<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 39. | Hunsander, Paul<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 40. | Jantz, Heather<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/________ |
| 41. | Jorgenson, Bill<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/______ |
| 42. | Johnson, David<br>Fulcrum Group | Will testify to facts regarding Agridime cattle inventory and accounting and business records.<br>Probable fact witness. | _______/______ |
| 43. | Johnson, Katie<br>FBI Forensic Examiner | Will testify to regarding evidence seized from Agridime business locations.<br>Probable fact witness | _______/________ |
| 44. | Jorgenson, Pamela<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser. | _______/________ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| | | Probable fact witness. | |
| 45. | Kadzielawski, Mark<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 46. | Kennedy, Cynthia<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 47. | Kempf, Diavas<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 48. | Landingham, Robert<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 49. | Laws, David<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 50. | Link, Tia<br>Former Agridime Marketing and Media Manager | Will testify to facts regarding Agridime cattle inventory and accounting and business records and communications with Agridime leadership personnel and cattle purchasers.<br>Probable fact witness. | ______/______ |
| 51. | London, Brad<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 52. | Lopez, Andrew Francisco<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 53. | Lui, Wai Yui<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 54. | Luo, Marc<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 55. | Mannes, Austin<br>Agridime Lender | Will testify to facts regarding his communications with Agridime personnel regarding Agridime operating funds and borrowing practices.<br>Probable fact witness. | _____/_____ |
| 56. | Marsh, Scott<br>Agridime Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 57. | McCoy, Carol<br>Agridime Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 58. | McCoy , Kevin<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 59. | Mertz, Marty<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 60. | Miller, Mark<br>Staff Accountant | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 61. | Morgan, Kevin<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 62. | Morgan, Patrick<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 63. | Morse, Ryan<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 64. | Mott, John<br>Former USDA employee | Will testify to facts regarding Agridime operations, cattle inventory, and communications with Agridime personnel.<br>Probable fact witness. | _______/_______ |
| 65. | Murphy, Chantal<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 66. | Murphy, Seth<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |
| 67. | Newman, Kimberly<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _______/_______ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 68. | Newman, Robert<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | / |
| 69. | Newman, Sage<br>Cattle Purchaser | Will testify to facts regarding Agridime accounting and business records.<br>Probable fact witness. | / |
| 70. | Newman, Steph<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | / |
| 71. | Ohanyan, Emile<br>FBI Special Agent | Will testify to evidence seized from Defendant Joshau Link in March 2026.<br>Probable fact witness | / |
| 72. | Owens, Andrew<br>FBI Forensic Examiner | Will testify to regarding evidence seized from Agridime business locations.<br>Probable fact witness | / |
| 73. | Ray, Nathan<br>Agridime Cattle Broker | Will testify to facts regarding Agridime cattle inventory and accounting and business records and communications with Agridime leadership personnel.<br>Probable fact witness. | / |
| 74. | Richey, Roberta<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | / |
| 75. | Roberts, James<br>Former Agridime employe | Will testify to facts regarding Agridime cattle inventory and accounting and business records.<br>Probable fact witness. | / |
| 76. | Sage, Ray | Will testify to facts regarding his communications with Agridime as | |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| | Cattle Purchaser | a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 77. | SEC Fact Witness (Tom Kelter) | Will testify to facts regarding communications with Royana Thomas on 12/15/23.<br>Probable fact witness. | ______/______ |
| 78. | Schatzman, Reid Agridime Cattle Broker | Will testify to facts regarding Agridime cattle inventory and accounting and business records and communications with Agridime leadership personnel.<br>Probable fact witness. | ______/______ |
| 79. | Secretary of State Representative, Kansas | Will testify to Kansas Secretary of State business records.<br>Probable fact witness. | ______/______ |
| 80. | Slick, David Wiliam Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 81. | Skachenko, Kyle Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 82. | Skachenko, Brad Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 83. | Sorenson, Jarvis Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 84. | Sorge, Dale<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 85. | Stahl, Bret<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 86. | Staal, Shawn<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 87. | Staal, Kari<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 88. | Stierman, Sandra<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 89. | Stierman, Steven<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 90. | Thomas, Anthony<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 91. | Varghese, Bright<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | _____/_____ |
| 92. | Vettel, Shane<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser. | _____/_____ |

| **No.** | **Name/Position** | **Subject Matter of Testimony** | **Sworn/Testified** |
|---|---|---|---|
| | | Probable fact witness. | |
| 93. | Vezain, JR<br>Cattle Purchaser,<br>Cattle Broker | Will testify to facts regarding Agridime cattle inventory and accounting and business records and communications with Agridime leadership personnel.<br>Probable fact witness. | ________/________ |
| 94. | Wanner, Dave<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ________/________ |
| 95. | Wanner, Gregory<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ________/________ |
| 96. | Wheeler, Warren JT<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ________/________ |
| 97. | Wiebe, Merlin or<br>Representative,-<br>Wiebe Construction | Will testify to facts regarding communications and transactions with Shady Brook Ranch.<br>Probable fact witness | ________/________ |
| 98. | Williams, Emily<br>Former Agridime<br>employe | Will testify to facts regarding Agridime cattle inventory and accounting and business records.<br>Probable fact witness. | ________/________ |
| 99. | Williams, Zachary<br>Former Agridime<br>employe | Will testify to facts regarding Agridime cattle inventory and accounting and business records.<br>Probable fact witness. | ________/________ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 100. | Williamson, Kim<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 101. | Wohlenhaus, Bill<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 102. | Wolf, Shane<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 103. | Wood, Jed<br>Former Agridime President | Will testify to facts regarding Agridime cattle inventory and accounting and business records and communications with Agridime leadership personnel. | ______/______ |
| 104. | Young, Ryan,<br>Fulcrum Group Representative | Will testify to facts regarding Agridime cattle inventory and accounting and business records.<br>Probable fact witness. | ______/______ |
| 105. | Ystaas, Chad<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 106. | Zelie, Yvonna<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| 107. | Zeng, Kenneth Kai<br>Cattle Purchaser | Will testify to facts regarding his communications with Agridime as a cattle purchaser.<br>Probable fact witness. | ______/______ |
| | | | |

| **No.** | **Name/Position** | **Subject Matter of Testimony** | **Sworn/Testified** |
|---|---|---|---|
| | | | |
| | | | |
| 108. | Agridime LLC Entity Representative | Will testify regarding relevant records and communications. | / |
| 109. | Arvest Bank Entity Representative | Will testify regarding relevant records and communications. | / |
| 110. | Bank of America Entity Representative | Will testify regarding relevant records and communications. | / |
| 111. | Cattle Empire, LLC Entity Representative | Will testify regarding relevant records and communications. | / |
| 112. | Cornerstone Bank Entity Representative | Will testify regarding relevant records and communications. | / |
| 113. | Dakota Community Bank & Trust Entity Representative | Will testify regarding relevant records and communications. | / |
| 114. | Dickinson County , Register of Deeds Representative, Kansas | Will testify regarding relevant records and communications. | / |
| 115. | JP Morgan Chase Bank | Will testify regarding relevant records and communications. | / |
| 116. | First Interstate Bank Entity Representative | Will testify regarding relevant records and communications. | / |
| 117. | Fulcrom Group Entity Representative | Will testify regarding relevant records and communications. | / |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 118. | NewRez LLC<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 119. | PX Feeders LLC<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 120. | Security First Title LLC<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 121. | Simmons Bank<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 122. | Shopify, Inc.<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 123. | US Bank<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| 124. | Worthington National Bank<br>Entity Representative | Will testify regarding relevant records and communications. | ______/______ |
| | | | |
| | | | |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Mark McDonald*

MARK MCDONALD
Virginia State Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Mark.McDonald3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the xx day of October 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the any attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Mark McDonald*
MARK MCDONALD
Assistant United States Attorney