IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v. No. 4:26-CR-00051-P

JOSHUA ROBERT LINK (02)
JASON ALLEN LINK (06)

# AMENDED GOVERNMENT'S EXHIBIT LIST

*(version on 10/31/26)*

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| | | | | | |
| AD1 | Alex Dyer | 03 30 23 email Jed Wood , Royana Thomas re Cattle on Feed Total Count _ 14,341 | ___________ | ___________ | ___________ |
| AD2 | Alex Dyer | 03 30 23 email Jed Wood , Royana Thomas , Josh Link , re Wire to Taylor Bang for unpaid invoice for 198 head cattle | ___________ | ___________ | ___________ |
| AD3 | Alex Dyer | 03 29 23 email Royana Thomas, Jed Wood , Josh Link , Alex Dyer re Last Day at Agridime 04 07 23 | ___________ | ___________ | ___________ |
| AD4 | Alex Dyer | 04 03 23 email Alex Dyer , Royana Thomas ; Cattle on feed 04 03 23 | ___________ | ___________ | ___________ |
| AD5 | Alex Dyer | 06 21 23 email Josh Link , Royana Thomas ; Cattle Inventory on 05 31 23 _ count is 10,790 | ___________ | ___________ | ___________ |
| AD6 | Alex Dyer | 2021 to 2023 emails Alex Dyer , Royana Thomas re Cattle on feed | ___________ | ___________ | ___________ |
| | | | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| CE101 | Cattle Empire Representative | Cattle Empire Invoice 14622 | ___________ | ___________ | ___________ |
| CE102 | Cattle Empire Representative | Promissory Note and Security Agreement , Cattle Empire LLC, Agridime LLC 7/1/22 | ___________ | ___________ | ___________ |
| | | | | | |
| EW1 | Emily Wiliams | EmilyWilliams Text Messages 2022/2023 _817-422-7065 | ___________ | ___________ | ___________ |
| | | | | | |
| JL101 | NA | FBI 302 Robert Landingham 10 11 24 | ___________ | ___________ | ___________ |
| JL102 | NA | FBI 302 Pamela Jorgensen/Bill Jorgensen 01 23 24 | ___________ | ___________ | ___________ |
| JL103 | NA | FBI 302 Anthony Thomas 01 04 24 | ___________ | ___________ | ___________ |
| JL104 | NA | FBI 302 Steve Feinberg 01 04 24 | ___________ | ___________ | ___________ |
| JL105 | NA | FBI 302 Sandra Stierman 01 02 24 | ___________ | ___________ | ___________ |
| JL106 | NA | FBI 302 Seth Murphy 01 23 24 | ___________ | ___________ | ___________ |
| JL107 | NA | FBI 302 Barry Ellis 09 24 24 | ___________ | ___________ | ___________ |
| JL108 | NA | FBI 302 Anton Helfrich 1 30 24 | ___________ | ___________ | ___________ |
| JL109 | NA | FBI 302 Tia Link 04 15 25 | ___________ | ___________ | ___________ |
| JL110 | NA | FBI 302 Chad Ystaas 04 21 25 | ___________ | ___________ | ___________ |
| JL111 | NA | FBI 302 Janalee Berentson 03 14 24 | ___________ | ___________ | ___________ |
| JL112 | NA | FBI 302 Reid Schatzman 03 26 24 | ___________ | ___________ | ___________ |
| JL112A | NA | FBI 302 Reid Schatzman 04 10 24 | ___________ | ___________ | ___________ |
| JL113 | NA | FBI 302 Matthew Hanrahan 06 21 24 | ___________ | ___________ | ___________ |
| JL114 | NA | FBI 302 David William Slick 01 02 24 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL115 | NA | FBI 302 Creston Crowdis 01 10 24 | ___________ | ___________ | ___________ |
| JL116 | NA | FBI 303 Zachary Williams 01 30 24 | ___________ | ___________ | ___________ |
| JL117 | NA | FBI 302 Taylor Bang 10 22 24 | ___________ | ___________ | ___________ |
| JL117A | NA | text messages reviewed during 10 22 24 Taylor Bang interview | ___________ | ___________ | ___________ |
| JL118 | NA | FBI 302 Steve Knorr 01 03 25 | ___________ | ___________ | ___________ |
| JL119 | NA | FBI 302 Alex Dyer 04 04 24 | | | |
| JL120 | NA | FBI 302 Alex Dyer 10 08 24 | ___________ | ___________ | ___________ |
| JL121 | NA | FBI 302 John Mott 05 10 24 Cattle Deficit Worksheet | ___________ | ___________ | ___________ |
| JL122 | NA | FBI 302_ Jed Wood , Royana Thomas , Kyle Gale , James Roberts_11 29 23 | ___________ | ___________ | ___________ |
| JL123 | NA | FBI 302_Royana Thomas 09 09 24 _ | ___________ | ___________ | ___________ |
| JL123A | NA | FBI Sentinel Entry re Royana Thomas 09 09 24 _Proffer | | | |
| JL124 | NA | FBI 302_ James Roberts 01 03 24 | ___________ | ___________ | ___________ |
| JL124A | NA | SEC notes re James Roberts 12 12 23 | | | |
| JL124B | NA | SEC notes re James Roberts 12 12 23 | ___________ | ___________ | ___________ |
| JL125 | NA | FBI 302_Kim Williamson 06 25 25 | ___________ | ___________ | ___________ |
| JL126 | NA | FBI 302_James Roberts 01 20 26 | ___________ | ___________ | ___________ |
| JL127 | NA | FBI 302_Tom Goss 03 03 26 | ___________ | ___________ | ___________ |
| JL128 | NA | FBI 302_Maureen Morse_Larry Morse 03 03 26 | ___________ | ___________ | ___________ |
| JL129 | NA | FBI 302_Kyle Gayle 03 02 26 | ___________ | ___________ | ___________ |
| JL130 | NA | FBI 302_James Roberts 03 16 26 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL131 | NA | FBI 302_Jason Link 03 12 26 | ___________ | ___________ | ___________ |
| JL132 | NA | FBI 302_Dallas Goracke 03 02 26 | ___________ | ___________ | ___________ |
| JL133 | NA | FBI 302_John Mott 03 02 26 | ___________ | ___________ | ___________ |
| JL134 | NA | FBI 302_Gina Eastman 02 26 26 | ___________ | ___________ | ___________ |
| JL135 | NA | FBI 302_Jarvis Sorenson 03 03 26 | ___________ | ___________ | ___________ |
| JL136 | NA | FBI 302_Drew Gartner 03 03 26 | ___________ | ___________ | ___________ |
| JL137 | NA | FBI 302_Tia Link 02 12 26 to 03 05 26 | ___________ | ___________ | ___________ |
| JL138 | NA | FBI 302_Chad Ystaas 02 26 26 | ___________ | ___________ | ___________ |
| JL139 | NA | FBI 302_Steve Fahey 02 27 26 | ___________ | ___________ | ___________ |
| JL140 | NA | FBI 302_Sherman Biffert 03 04 26 | ___________ | ___________ | ___________ |
| JL141 | NA | FBI 302_Robert Newman Steph Newman 03 03 26 | ___________ | ___________ | ___________ |
| JL142 | NA | FBI 302_Steph Newman 03 03 26 | ___________ | ___________ | ___________ |
| JL143 | NA | FBI 302_Ben Paulson 03 03 26 | ___________ | ___________ | ___________ |
| JL144 | NA | FBI 302_Paul Hanson Laurie Hanson | ___________ | ___________ | ___________ |
| JL145 | NA | FBI 302_Sage Newman 03 03 26 | ___________ | ___________ | ___________ |
| JL146 | NA | FBI 302_Sid Newman 03 03 26 | ___________ | ___________ | ___________ |
| JL147 | NA | FBI 302_Dale Sorge 03 03 26 | ___________ | ___________ | ___________ |
| JL148 | NA | FBI 302_Alex Dyer 03 02 26 | ___________ | ___________ | ___________ |
| JL149 | NA | FBI 302_Kevin Morgan 03 02 26 | ___________ | ___________ | ___________ |
| JL150 | NA | FBI 302_Wantia Cost 03 03 26 | ___________ | ___________ | ___________ |
| JL151 | NA | FBI 302_Wendell Vigen 03 03 26 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL152 | NA | FBI 302_Joshua Link arrest 03 09 26 | ________ | ________ | ________ |
| JL153 | NA | FBI 302_JR Vezain 03 03 26 | ________ | ________ | ________ |
| JL154 | NA | FBI 302 Jimmy Adams 09 30 24 | ________ | ________ | ________ |
| JL155 | NA | FBI 302 Mark Miller 09 30 24 | ________ | ________ | ________ |
| JL155A | NA | SEC notes re Mark Miller 12 12 23 | ________ | ________ | ________ |
| JL156 | NA | FBI 302_Cattle Empire 03 09 26 | ________ | ________ | ________ |
| | | | | | |
| JL201 | Sandra Stierman, Steven Stierman | Livestock Contract 7262 re Sandra Stierman 04 17 23 with payment receipt | ________ | ________ | ________ |
| JL202 | Sandra Stierman, Steven Stierman | Livestock Contract 38192 re Steven Stierman 08 31 23 | ________ | ________ | ________ |
| JL203 | Steve Finberg | Livestock Contract 5532 re Steve Finberg 01 04 23 | ________ | ________ | ________ |
| JL204 | Steve Finberg | 01 04 23 email Steve Finberg Agridime re docusign cattle contract 5532 for signature | ________ | ________ | ________ |
| JL205 | Steve Finberg | 01 03 23 email SteveFinberg re "thanks for your second purchase" | ________ | ________ | ________ |
| JL206 | Steve Finberg | 01 03 23 email SteveFinberg re order confirmation | ________ | ________ | ________ |
| JL207 | Steve Finberg | 12 30 22 email SteveFinberg re order confirmation | ________ | ________ | ________ |
| JL208 | Steve Finberg | 12 13 22 _ 12 09 22 _ email Steve Finberg RoyanaThomas Tia Link re Royana SalesPitch | ________ | ________ | ________ |
| JL209 | Steve Finberg | 12 09 22, 11 17 22 email SteveFinberg TiaLink re follow-up emails | ________ | ________ | ________ |
| JL210 | Steve Finberg | 12 21 22 , 12 20 22 _ SteveFinberg JoshLink re solicitation offer to buy | ________ | ________ | ________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| | | cattle at higher rates of return | | | |
| JL211 | Steve Finberg | 10 28 20 email Steve Finberg Tia Link re retail sale of Flank Steak | ___________ | ___________ | ___________ |
| JL212 | Steve Finberg | 11 08 21 email Steve Finberg TiaLink re guaranteed 15% yearly profits | ___________ | ___________ | ___________ |
| JL213 | Steve Finberg | 09 13 22 email SteveFinberg Agridime re payout profits timing | ___________ | ___________ | ___________ |
| JL214 | Steve Finberg | 01 04 23 email Steve Finberg Agridime re docusign cattle contract 5532 to Agridime | ___________ | ___________ | ___________ |
| JL215 | Chad Ystaas | Livestock Contract 38321 re CY Ranch re Chad Ystaas | ___________ | ___________ | ___________ |
| JL216 | Chad Ystaas | Livestock Contract 7734 re CY Ranch re Chad Ystaas | ___________ | ___________ | ___________ |
| JL217 | Chad Ystaas | Livestock Contract 4702 re YLC Source Chad Ystaas | | | |
| | | | | | |
| JL219 | Cliff Bell | 12 14 23_ 07 19 23 _email Cliff Bell Royana Thomas re SEC Suit | ___________ | ___________ | ___________ |
| | | | | | |
| JL224 | Beef City representative | Beef City Performance Record re Agirdime Lot H801 100823 | ___________ | ___________ | ___________ |
| JL228 | Barry Ellis | 03 27 23, 03 29 23 , 03 30 23 BarryEllis JoshLink re Cattle Contract and EID tags | ___________ | ___________ | ___________ |
| JL229 | Barry Ellis | Contract 7002 Barry Ellis _ Ellis Livestock amd EID tags | ___________ | ___________ | ___________ |
| JL230 | Carol McCoy | 08 10 23 text message Carol McCoy Royana Thomas | ___________ | ___________ | ___________ |
| JL231 | Carol McCoy | Cattle Contract 37971 KevinMcCoy CarolMcCoy | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL234 | Raul Guiterrez | RoyanaThomas text messages 10 22 20 to 12 11 23_ 469-323-7143 | ___________ | ___________ | ___________ |
| JL234A | Carol McCoy | 08 10 23 Thomas text confirmation of Carol McCoy Solicitation | ___________ | ___________ | ___________ |
| JL234B | Carol McCoy | 08 21 23 Notice of Incoming Wire $202,500 re Carol McCoy | ___________ | ___________ | ___________ |
| JL235 | Kim Williamson, Taylor Bang | Contract 38518 Kim Williamson_Taylor Bang | | | |
| JL236 | Kim Williamson, Taylor Bang | Contract 38477 Kim Willamson Taylor Bang | ___________ | ___________ | ___________ |
| JL236A | Kim Williamson | 10 25 23 email JoshuaLink re  document signing for Contract 38477 re Kim Williamson Taylor Bang | ___________ | ___________ | ___________ |
| JL236B | Kim Williamson | 11 07 23 email JoshuaLink re notice of completed document signing for Contract 38477 re Kim Williamson Taylor Bang with wire transfer information for $240,000 | ___________ | ___________ | ___________ |
| JL236C | Kim Williamson | 12 01 23 email Kim Williamson to Josh Link re call me ASAP | ___________ | ___________ | ___________ |
| JL236D | Taylor Bang | 10 25 23 email Taylor Bang Emily Willaims, Royana Thomas re Kim Williamson address and cattle purchase information | ___________ | ___________ | ___________ |
| JL236E | Taylor Bang | 09 19 23 to 11 13 23 text messages RoyanaThomas TaylorBang re KimWilliamson cattle purchase and TaylorBang commission | ___________ | ___________ | ___________ |
| JL236F | Taylor Bang | 04 24 23 to 11 29 23 text messages RoyanaThomas TaylorBang JoshLink re | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| | | cattle purchases and commissions | | | |
| JL236G | Taylor Bang | 04 24 23 to 12 05 23 text messages Royana Thomas TaylorBang discussing backdating sales and paying commissions w Dale Sorge | ___________ | ___________ | ___________ |
| JL236H | Taylor Bang | Taylor Bang Cattle Sales LLC , Dakota Community Bank & Trust , acct x9963 , November 2023 statement excerpt , showing 11/7/23 incoming wire for $240,000 re "Kim Williamson/Agridime Contract" | ___________ | ___________ | ___________ |
| JL236I | Raul Guiterrez | Extraction Report _1-817-422-7065 | ___________ | ___________ | ___________ |
| JL237 | Raul Guiterrez | TiaLink text messages 05 26 20 to 12 12 23_ 660-619-5782 | ___________ | ___________ | ___________ |
| JL237A | Tia Link | 08 17 23 text message RoyanaThomas TiaLink re Steve Kempf Diavas Kempf | | | |
| JL237B | Diavas Kempf | Cattle Contract 37999 Diavas Kempf | | | |
| JL237C | | Cattle Contract 7546 Steven Guinand | | | |
| | | | | | |
| JL246 | Seth Murphy | Cattle Contract 7522 Seth Murphy | ___________ | ___________ | ___________ |
| JL247 | Seth Murphy | Cattle Contract 202277 Seth Murphy | ___________ | ___________ | ___________ |
| JL247A | Seth Murphy | 05 30 23 email JoshLink SethMurphy re Cattle Contract 7522 with EID tags | ___________ | ___________ | ___________ |
| JL248 | Seth Murphy | Text messages Seth Murphy Joshua Link | ___________ | ___________ | ___________ |
| JL249 | Anthony Thomas | Cattle Contract 4467 Anthony Thomas | ___________ | ___________ | ___________ |
| JL250 | Steve Finberg | Cattle Contract 5488 Steve Finberg | ___________ | ___________ | ___________ |
| | | | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL255 | Shawm Staal, Kari Staal | Cattle Contract 7697 ShawnStaal KariStaal | ___________ | ___________ | ___________ |
| JL256 | Kim Williamson | Cattle Contract 7702 Kim Williamson | ___________ | ___________ | ___________ |
| JL257 | Willam Jorgenson . Pamela Jorgenson | Cattle Contract 7710 Willam Jorgenson Pamela Jorgenson | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| JL260 | Anthony Thomas | Cattle Contract 37850 Anthony Thomas | ___________ | ___________ | ___________ |
| JL260A | Anthony Thomas | 07 04 23 Notification of Incoming Wire_$420k Anthony Thomas | ___________ | ___________ | ___________ |
| JL261 | RC Landingham | Cattle Contract 37867 RC Landingham | ___________ | ___________ | ___________ |
| JL262 | Shawn Staal , Kari Staal | Cattle Contract 37895 ShawnStaal KariStaal | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| JL265 | William Jorgenson ,Pamela Jorgenson | Cattle Contract 38159 William Jorgenson Pamela Jorgenson | ___________ | ___________ | ___________ |
| JL266 | Shawn Staal , Kari Staal | Cattle Contract 38379 ShawnStaal KariStaal | ___________ | ___________ | ___________ |
| JL267 | William Jorgensonm Pamela Jorgenson | Cattle Contract 38623 William Jorgenson Pamela Jorgenson | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| JL270 | William Jorgenson , Pamela Jorgenson | Cattle Contract 38702 William Jorgenson Pamela Jorgenson | ___________ | ___________ | ___________ |
| | | | | | |
| JL272 | Creston Crowdis | Cattle Contract 5796 Creston Crowdis | ___________ | ___________ | ___________ |
| | | | | | |
| JL287 | Sherman Biffert | Cattle Contract 38581 Sherman Biffert | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL288 | Paul Hanson Lorrie Hanson | Cattle Contract 38642 Paul Hanson Lorrie Hanson | ___________ | ___________ | ___________ |
| JL289 | Sage Newman | Cattle Contract 38668 Sage Newman | ___________ | ___________ | ___________ |
| JL290 | Shane Biffert | Cattle Contract 38695 Shane Biffert | ___________ | ___________ | ___________ |
| JL291A | Matt Hanrahan | Cattle Contract 5649 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL291B | Matt Hanrahan | Cattle Contract 7416 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL291C | Matt Hanrahan | Cattle Contract 38301 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL291D | Matt Hanrahan | Cattle Contract 38405 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL291E | Matt Hanrahan | Cattle Contract 38501 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL291F | Matt Hanrahan | Cattle Contract 38685 Matt Hanrahan | ___________ | ___________ | ___________ |
| JL292 | Janalee Berenston | Cattle Contract 37896 Janalee Berentson | ___________ | ___________ | ___________ |
| JL293 | Dayna Frank | Cattle Contract 6054 Dayna Frank | ___________ | ___________ | ___________ |
| JL293A | Dayna Frank | Cattle Contract 6054 Dayna Frank complaint paperwork | ___________ | ___________ | ___________ |
| JL294 | Drake Durden | Cattle Contract 5605 Drake Durden | ___________ | ___________ | ___________ |
| JL295 | Drake Durden | Cattle Contract 7513 Drake Durden | ___________ | ___________ | ___________ |
| JL296 | Drake Durden | Cattle Contract 38609 Drake Durden | ___________ | ___________ | ___________ |
| JL297 | Gina Eastman | 08 10 23 email Gina Eastman, Royana Thomas, Jason Link re Jason Link Property | ___________ | ___________ | ___________ |
| | | | | | |
| JL300 | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime , LLC Authorization Resolution , 04 13 17 , 05 03 18 , 02 26 19 | ___________ | ___________ | ___________ |
| JL300A | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime Logistics , LLC Authorization Resolution | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL300B | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime , account no. x0845 , Account Agreement_signature card , 05 03 18 | ___________ | ___________ | ___________ |
| JL300C | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime , account no. x0853 , Account Agreement , 05 03 18 | ___________ | ___________ | ___________ |
| JL300D | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime Dealer Account , account no. x2742 , Account Agreement_signature card , 02 07 19 | ___________ | ___________ | ___________ |
| JL300E | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime Meat Sales , account no. x3203 , Account Agreement_signature card , 10 08 19 | ___________ | ___________ | ___________ |
| JL300F | Worthington National Bank, Katrina Crider | Worthington National Bank, Wild Caught in a Box , account no. x2338 , Account Agreement , 08 13 20 | ___________ | ___________ | ___________ |
| JL300G | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime Logistics , account no. x8386 , Account Agreement_signature card , 09 23 21 | ___________ | ___________ | ___________ |
| JL300H | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime , account nos. x0845 , x2742 , x3203_ incoming Wire Transfer Details_ | ___________ | ___________ | ___________ |
| JL300I | Worthington National Bank, Katrina Crider | Worthington National Bank, Agridime Dealer Account , account no. x2742 , Account Statements Jan2021 to Dec2023 , _signature card | ___________ | ___________ | ___________ |
| | | | | | |
| JL301D | Worthington National Bank, Katrina Crider | Worthington National Bank , Agridime, account no. x0845 , statements January2021 to December2023 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL302 | Worthington National Bank, Katrina Crider | Worthington National Bank , Agridime, account no.x0853 , statements January2021 to December 2023 | ___________ | ___________ | ___________ |
| JL303 | Worthington National Bank, Katrina Crider | Worthington National Bank , Wild Caught in Box, account no. x2338 , statements January2021 to December 2023 | ___________ | ___________ | ___________ |
| JL304 | Worthington National Bank, Katrina Crider | Worthington National Bank , Agridime Dealer Account , account no. x2742 , statements January2021 to December2023 | ___________ | ___________ | ___________ |
| JL305 | Worthington National Bank, Katrina Crider | Worthington National Bank , Agridime Logistics , account no. x8386, statements January2021 to December2023 | ___________ | ___________ | ___________ |
| JL306 | Worthington National Bank, Katrina Crider | Worthington National Bank , Agridime Meat Sales, account no. x3203 , statements January2021 to December2023 | ___________ | ___________ | ___________ |
| | | | | | |
| JL320 | Worthington National Bank, Katrina Crider | Worthington National Bank , Business New Account Application , Agridime Logistics LLC , 09 23 21 | ___________ | ___________ | ___________ |
| | | | | | |
| JL350 | Katrina Crider | Frost Bank , Agridime LLC , account no. x5269 , Bank Statements 08 01 22 to 11 12 23 | ___________ | ___________ | ___________ |
| JL350A | Katrina Crider | Frost Bank , Agridime LLC , account no. x5269 , LLC Resolutions , 07 21 22 | ___________ | ___________ | ___________ |
| JL350B | Katrina Crider | Frost Bank , Agridime LLC , account no. x5269 , cert. of beneficial owners , 09 08 22 | ___________ | ___________ | ___________ |
| JL350C | Katrina Crider | Frost Bank , Agridime LLC , account no. x5269 , signature card | ___________ | ___________ | ___________ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| JL360 | Katrina Crider | Frost Bank , Agridime LLC , account no. x0962 , Bank Statements 09 30 22 to 11 27 23 | ___________ | ___________ | ___________ |
| JL360A | Katrina Crider | Frost Bank , Agridime LLC , account no. x0962 , LLC Resolutions , 07 21 22 | ___________ | ___________ | ___________ |
| JL360B | Katrina Crider | Frost Bank , Agridime LLC , account no. x0962 , cert. of beneficial owners , 09 08 22 | ___________ | ___________ | ___________ |
| JL360C | Katrina Crider | Frost Bank , Agridime LLC , account no. x0962 , 08 11 22 wire transfer from WNB | ___________ | ___________ | ___________ |
| JL360D | Katrina Crider | Frost Bank , Agridime LLC , account no. x0962 , signature card | ___________ | ___________ | ___________ |
| | | | | | |
| JL501 | NA | 03 30 23 email Royana Thomas, Joshua Link, Sandra Steirman re Agridime profit payment re Contract 3994 payable 04 11 23 | ___________ | ___________ | ___________ |
| JL502 | NA | 04 25 23 email Joshua Link Sandra Steirman re solicitation for cattle purchase | ___________ | ___________ | ___________ |
| JL503 | James Roberts, Tia Link | 06 14 23 email Royana Thomas James Roberts JoshLink TiaLink MarkMiller re Valuation Meeting 06 16 23 | ___________ | ___________ | ___________ |
| | | | | | |
| JL601 | NA | FBI Interview Emily Williams 12 12 23 _ Transcript | ___________ | ___________ | ___________ |
| JL602 | NA | FBI Interview Emily Williams 12 12 23 _ AUDIO | ___________ | ___________ | ___________ |
| JL603 | Greg Barnes | Phone Solicitation re Royana Thomas 11 28 23 _ Transcript | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL604 | Greg Barnes | Phone Solicitation re Royana Thomas 11 28 23 _ AUDIO | ___________ | ___________ | ___________ |
| JL605 | Raul Guiterrez | FBI Interview John Mott , Jed Wood 10 10 23_Transcript | ___________ | ___________ | ___________ |
| JL606 | Raul Guiterrez | FBI Interview John Mott , Jed Wood 10 10 23_AUDIO | ___________ | ___________ | ___________ |
| JL607 | Raul Guiterrez | FBI Interview_ Jed Wood , Royana Thomas , Kyle Gale , James Roberts_11 29 23_Transcript | ___________ | ___________ | ___________ |
| JL608 | Raul Guiterrez | FBI Interview_ Jed Wood , Royana Thomas , Kyle Gale , James Roberts_ 11 29 23_AUDIO | ___________ | ___________ | ___________ |
| | | | | | |
| JL620 | Zachary Williams | Agridime Internet Advertising | ___________ | ___________ | ___________ |
| | | | | | |
| JL1001 | Raul Guiterrez , Taylor Bang | 12 04 23 _ Excerpt ot Text Messages _RoyanaThomas TaylorBang re backdating receipts | ___________ | ___________ | ___________ |
| JL1002 | NA | 09 08 22 Wire Transfer Request re Jed Wood from Simmons Bank x2466 for $63,370.58 to New Rez account at Wells Fargo Bank x3199 , purpose "Home Payoff" | ___________ | ___________ | ___________ |
| JL1003 | Taylor Bang, Raul Guiterrez | November 2023 text messages TaylorBang, RoyanaThomas, JoshuaLink re cattle contract to Sherman Biffert | ___________ | ___________ | ___________ |
| JL1003A | Raul Guiterrez | 092123 text Royana Joshua re 1_3 million to Tia Joshua Link | ___________ | ___________ | ___________ |
| JL1004 | Tia Link | Royana Thomas Tia Link Text messages 05 26 20 to 12 12 23 | ___________ | ___________ | ___________ |
| JL1006 | Katie Johnson | 07 06 26 Ltr Northern Texas Forensic Lab | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL1007 | Andrew Owens | 05 17 24 Ltr Northern Texas Forensic Lab | ___________ | ___________ | ___________ |
| JL1007A | Andrew Owens | 10 21 26 Ltr Northern Texas Forensic Lab _ Amended | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| JM101 | Mott, John | 6/10/24 Report _ United States Department of Agriculture Agricultural Marketing Service / Fair Trade Practices Program Packers and Stockyards Division (PSD)_CHART ONLY | ___________ | ___________ | ___________ |
| JM101A | Mott, John | 6/10/24 Report _ United States Department of Agriculture Agricultural Marketing Service / Fair Trade Practices Program Packers and Stockyards Division (PSD) | ___________ | ___________ | ___________ |
| JM103 | Mott, John | Agridime Balance Sheet 03 21 23 | ___________ | ___________ | ___________ |
| JM104 | Mott, John | Photos re Agridime Fort Worth Warehouse | | | |
| | | | | | |
| JR1 | Worthington National Bank, James Roberts, Mark Miller | Worthington National Bank Transfer Notification | | | |
| | | | | | |
| | | | | | |
| JW1 | NA | Agridime Sales Representative Agreement_Justin Williams _12 01 21 | ___________ | ___________ | ___________ |
| JW2 | NA | 07 05 23 email JustinWilliams RoyanaThomas re Agridime email correspondence | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JW5 | NA | Jed Wood Text Messages to Royana Thomas _2/2/22, 2/3/22, 7/24/23 | ________ | ________ | ________ |
| | | | | | |
| JW21 | Stephen Fahey, Taylor Bang, Tia Link, SEC representative | ND_in re JoshLink Agridime _cease_desist_05 24 23 | ________ | ________ | ________ |
| JW22 | Stephen Fahey, Taylor Bang, Tia Link, SEC representative | ND_in re TaylorBang Agridime _cease_desist_12 15 23 | ________ | ________ | ________ |
| JW23 | Stephen Fahey, Taylor Bang, Tia Link, SEC representative | AZ_in re Agridime JoshLink _cease_desist_04 18 23 | ________ | ________ | ________ |
| JW24 | Stephen Fahey, Taylor Bang, Tia Link, SEC representative | 4_24cv01224 NDTX ECF1_SEC v JoshLink JedWood Agridime_ Complaint_ 12 11 23 | ________ | ________ | ________ |
| JW25 | Stephen Fahey, Taylor Bang, Tia Link, SEC representative | 4_24cv01224 NDTX ECF15_Appt of Receiver 121123 | ________ | ________ | ________ |
| | | | | | |
| | | | | | |
| | | | | | |
| KC3 | Katrina Crider | Summary re Cattle Purchase Contract No. 7110 | ________ | ________ | ________ |
| KC4 | Katrina Crider | Summary re Cattle Purchase Contract No. 7734 | ________ | ________ | ________ |
| KC5 | Katrina Crider | Summary re Cattle Purchase Contract No. 37850 | ________ | ________ | ________ |
| KC6 | Katrina Crider | Summary re Cattle Purchase Contract Nos. 37477 and 38518 | ________ | ________ | ________ |
| KC7 | Katrina Crider | Summary re transaction 12/7/22 $527,859.50 | ________ | ________ | ________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| KC8 | Katrina Crider | Summary re transaction 2/18/22 for $123,000 | ___________ | ___________ | ___________ |
| KC9 | Katrina Crider | Summary re transaction 9/27/23 for $72,000 | ___________ | ___________ | ___________ |
| KC10 | Katrina Crider | Summary re Shady Brook Check No. 2089 | ___________ | ___________ | ___________ |
| KC11 | Katrina Crider | Summary re Shady Brook Check No. 2092 | ___________ | ___________ | ___________ |
| KC12 | Katrina Crider | Summary re Agridime Sales & Commission/Distributions | ___________ | ___________ | ___________ |
| KC13 | Katrina Crider | Summary re Cattle at Morgan Creek vs Shandy Brook Charges | ___________ | ___________ | ___________ |
| KC14 | Katrina Crider | Summary re Shady Brook Ranch Bank Account Summary November 1, 2021 to December 29, 2023 | ___________ | ___________ | ___________ |
| KC15 | Katrina Crider | Summary re Agridime Cattle Purchase vs Cattle Contract Sales | ___________ | ___________ | ___________ |
| KC16 | Katrina Crider | Summary re Agridime Meat Sales by Month per Agridime's QuickBooks | | | |
| | | | | | |
| | | | | | |
| KC301 | NA | BOA Royana Thomas acct x1244 | ___________ | ___________ | ___________ |
| KC302 | NA | BOA Royana Thomas acct x5953 | ___________ | ___________ | ___________ |
| KC303 | Katrina Crider | JPMC Jason Link acct 7248 | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| KM1 | | Morgan Creek to Shady Brook feed billing 5/9/20 to 3/17/24 | ___________ | ___________ | ___________ |
| | | | | | |
| KV1 | Kaw Valley Solar Representative | 12/6/23 email Joshua Link, Jason Link, Kaw Valley Solar re invoice 2290 | ___________ | ___________ | ___________ |
| KV2 | Kaw Valley Solar Representative | 12/7/23 email Joshua Link , Royana Thomas re Kaw Valley Solar Invoice 2290 | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| KV3 | Kaw Valley Solar Representative | 12/7/23 email QuickBooks to Joshua Link re Kaw Valley Solar Invoice 2290 | ___________ | ___________ | ___________ |
| KV4 | Kaw Valley Solar Representative | 12/6/23 email Kaw Valley Solar to Jason Link re invoice 2282 | ___________ | ___________ | ___________ |
| KV5 | Kaw Valley Solar Representative | Dickinson County Deed re property in Herrington, Kansas | ___________ | ___________ | ___________ |
| | | | | | |
| PF101 | NA | PX Feeders LLC , 10 30 23 , Invoice 06212061 | ___________ | ___________ | ___________ |
| | | | | | |
| PM101 | Patrick Morgan | Livestock Contract 8045 | | | |
| | | | | | |
| RG1 | Raul Guiterrez | Royana Thomas_Joshua Link text message excerpts | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| RS1 | NA | Agridime Sales Representative Agreement_Reid Schatzman _09 04 23 | ___________ | ___________ | ___________ |
| | | | | | |
| SB1 | Katrina Crider, Kevin Morgan | Worthington Bank , Shady Brook Ranch LLC , acct x8253 , statements 04 30 21 to 01 31 24 | __________ | __________ | __________ |
| SB2 | Katrina Crider, Kevin Morgan | Worthington Bank , Shady Brook Ranch LLC , acct x8253 , signature card and checks 2021 to 2024 | __________ | __________ | __________ |
| SB2A | Katrina Crider, Kevin Morgan | Worthington Bank , Shady Brook Ranch LLC , acct x8253 , check nos. 2089 (payable to Kaw Valley Solar LLC); 2092 (payable to Wiebe Construction LLC) | ___________ | ___________ | ___________ |
| SB3 | Katrina Crider, Kevin Morgan | Shady Brook Ranch_ Kansas LLC registration in Kansas , 3/25/21 | __________ | __________ | __________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| SB4_ | Katrina Crider, Kevin Morgan | 03 29 21 email LegalZoom to JasonLink re EIN for Shady Brook Ranch LLC | ___________ | ___________ | ___________ |
| SB6 | James Roberts, Mark Miller, Katrina Crider | 06 19 23 email Josh Link , Mark Miller, Jed Wood, James Robers , Royana Thomas re Shady Brook Lease | ___________ | ___________ | ___________ |
| | | | | | |
| SB11 | SEC representative | 08 02 23 Transcript Joshua Link testimony before Arizona Corp. Comm. | ___________ | ___________ | ___________ |
| SB12 | Katrina Crider | Nelson Automotive Documents re 2006 Hummer H2 _Jason Link Purchase 12 03 21_ VIN 5GRGN23U96N103842 | ___________ | ___________ | ___________ |
| SB13 | Katrina Crider | Outgoing Transactions_Worthington Bank , Shady Brook Ranch LLC , acct x8253 | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| | | | | | |
| SBR1 | NA | Agridime Sales Representative Agreement_Sam Brooks _11 12 21 | ___________ | ___________ | ___________ |
| | | | | | |
| SC101 | Emily Williams | 11/27/23 email Cyndi Raspberry to Royana Thomas Emily Williams re Scorpion Cattle Invoice 11/16/23 | ___________ | ___________ | ___________ |
| | | | | | |
| SF1 | Stephen Fahey | 01 11 24, 01 10 24, 12 27 24, email string re Agridime payroll and Shady Brook Ranch fees | ___________ | ___________ | ___________ |
| SF2 | Katrina Crider, Stephen Fahey | 01 09 24 email Royana Thomas to Steve Fahey re Shady Brook Ranch Transfers | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| SF3 | Stephen Fahey | 01 09 24 re 11 11 21 to 11 22 23 emails JoshLink, JedWood, RoyanaThomas re Shady Brook Ranch Invoices | ___________ | ___________ | ___________ |
| | | | | | |
| SF5 | Stephen Fahey, Mark Miller | 10 02 23 email AshleyHall , Royana Thomas, JedWood , JoshLink , James Roberts , Mark Miller re Agridime Mobile Equipment stored on Shady Brook Ranch property | ___________ | ___________ | ___________ |
| SF6 | Kevin Morgan | Articles of Incorporation; Kansas; Morgan Creek Farms LLC ; 12 05 03 | ___________ | ___________ | ___________ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TB1 | Taylor Bang | Agridime Sales Representative Agreement_Taylor Bang _06 02 22 | ___________ | ___________ | ___________ |
| TB2 | Taylor Bang | 04 01 20 email Taylor Bang, Joshua Link, Nathan Hovde re Cattle Contract 8141 | ___________ | ___________ | ___________ |
| TB3 | Taylor Bang | 11 16 21 email JoshuaLink TaylorBang re Bang Commissions | ___________ | ___________ | ___________ |
| TB4 | Taylor Bang | 11 16 22 email RoyanaThomas Taylor Bang Tia Link re Bang Commissions | ___________ | ___________ | ___________ |
| TB5 | Taylor Bang | 10 25 23 text message excerpt TaylorBang RoyanaThomas JoshuaLink re KimWilliamson AZ to ND | ___________ | ___________ | ___________ |
| TB6 | Taylor Bang | 10 25 23 email RoyanaThomas EmilyWilliams Joshua Link | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| TB7 | Taylor Bang | 10 25 23 email RoyanaThomas EmilyWilliams Joshua Link | ________ | ________ | ________ |
| TB8 | Taylor Bang | Taylor Bang Communication_ Transactions Summary | ________ | ________ | ________ |
| TB9 | Taylor Bang | Taylor Bang to Agridime Cattle | ________ | ________ | ________ |
| | | | | | |
| TL1 | Tia Link | 8/17/23 Email Tia Link , Cynthia Kennedy re Cattle Contract | ________ | ________ | ________ |
| | | | | | |
| TL5 | Tia Link | 08 21 23 email Tia Link Jesse Whitmore re Cattle Contract | ________ | ________ | ________ |
| | | | | | |
| TL30 | Tia Link | 12 13 23 , 12 08 23, 12 04 23 , 12 03 23 Absence Of Waldo email TiaLink TiaShane BobShane Joshua Link re profit on contract 5296 | ________ | ________ | ________ |
| TL31 | Tia Link | 12 08 22 email Docusign , JoshuaLink , re executed Agridime Cattle Contract # 5296 , Wire Transfer Instructions | ________ | ________ | ________ |
| TL31A | Tia Link | Agridime Cattle Contract # 5296 re Robert Shane II | ________ | ________ | ________ |
| TL32 | Tia Link | 08 24 23 email HeatherJantz TiaLink AaronJantz AlanGoodnight JoshuaLink cattle contract | ________ | ________ | ________ |
| TL32A | Tia Link | 08 23 23 email HeatherJantz TiaLink JoshLink AaronJantz AlanGoodnight cattle contract_emily ref | ________ | ________ | ________ |
| TL32B | Tia Link | 08 23 23 email EmilyWilliams HeatherJantz TiaLink JoshLink cattle contract | ________ | ________ | ________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| TL33 | Tia Link | 08 29 23 email AlanGoodnight TiaLink HeatherJantz AaronJantz JoshuaLink re MJE livestock equp | ___________ | ___________ | ___________ |
| TL34 | Tia Link | 08 29 23 email HeatherJantz RoyanaThomas DebbieRoyal TiaLink re MJE livestock equp | ___________ | ___________ | ___________ |
| TL35 | Tia Link | 08 29 23 email RoyanaThomas HeatherJantz DebbieRoyal TiaLink re Wire received | ___________ | ___________ | ___________ |
| TL36 | Tia Link | 08 31 23 email HeatherJantz RoyanaThomas TiaLink AlanGoodNight AaronJantz re last payment by Jantz MJE Livestock | ___________ | ___________ | ___________ |
| TL37 | Tia Link | 09 21 23 email HeatherJantz JoshLink TiaLink AaronJantz MJE Livestock_AgridimePurchase follow_up | ___________ | ___________ | ___________ |
| TL37A | Tia Link | 09 21 23 email HeatherJantz JoshLink TiaLink AaronJantz _re location of cattle in KS | ___________ | ___________ | ___________ |
| TL37B | Tia Link | 09 22 23 email HeatherJantz JoshLink TiaLink AaronJantz _re location of cattle in KS | ___________ | ___________ | ___________ |
| TL37C | Tia Link | 10 18 23 email SteveDegs JoshLink HatherJantz JoshLink TiaLink AaronJantz _re delivery of MJE equip | ___________ | ___________ | ___________ |
| TL38 | Tia Link | 12 15 23 email AlanGoodnight Jaek_ JoshLink MeganElsey HeatherJantz re cattleProfit | ___________ | ___________ | ___________ |
| TL38A | Tia Link | 08 22 23 email AlanGoodnight TiaLink HeatherJantz JoshLink re | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| | | MJE_Livestook wheel corral terms | | | |
| TL38B | Tia Link | 10 12 23 email AlanGoodnight JakeTeel JoshLink re MJE_Livestook wheel corral terms | ___________ | ___________ | ___________ |
| TL38C | Tia Link | 12 15 23 email RoyanaThomas to JakeTeel re Impact of SEC to MJE Equipment HeatherJantz | ___________ | ___________ | ___________ |
| TL39 | Tia Link | 12 28 23 email Alan Jeefer , JoshLink , RoyanaThomas , AlexDyer re Limited Cattle Purchase Opportunity | ___________ | ___________ | ___________ |
| | | | | | |
| TL41 | Tia Link | 11 28 23 email Tia Link , Royana Thomas re 100 head of cattle re $225 per head commission re Greg Barnes | | | |
| | | | | | |
| TL61 | Tia Link | March2023 to April 2023 emails JoshLink , TiaLink re Agridime Cattle Contracts | ___________ | ___________ | ___________ |
| TL61A | Tia Link | Cattle Contract 7180 Warren JT Wheeler | ___________ | ___________ | ___________ |
| TL61B | Tia Link | Cattle Contract 7179 Kenneth Kai Zeng | ___________ | ___________ | ___________ |
| TL61C | Tia Link | Cattle Contract 7178 Andrew Davison | ___________ | ___________ | ___________ |
| TL61D | Tia Link | Cattle Contract 7174 Bright Varghese | ___________ | ___________ | ___________ |
| TL61E | Tia Link | Cattle Contract 7273 David Laws | ___________ | ___________ | ___________ |
| TL61F | Tia Link | Cattle Contract 6102 Andrew Francisco Lopez | ___________ | ___________ | ___________ |
| | | | | | |
| TL61H | Tia Link | Cattle Contract 7168 Zachary Blumenfeld | ___________ | ___________ | ___________ |
| TL61I | Tia Link | Cattle Contract 7169 Kimberly Palmgren | ___________ | ___________ | ___________ |
| TL61J | Tia Link | Cattle Contract 7170 Jarrad Hall | ___________ | ___________ | ___________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| TL61K | Tia Link | Cattle Contract 7033 Brian Dresser | ___________ | ___________ | ___________ |
| | | | ___________ | ___________ | ___________ |
| TL61M | Tia Link | Cattle Contract 7150 Marty Mertz | ___________ | ___________ | ___________ |
| TL61N | Tia Link | Cattle Contract 7152 Brad London | ___________ | ___________ | ___________ |
| TL61O | Tia Link | Cattle Contract 7083 Scott Marsh | ___________ | ___________ | ___________ |
| TL61P | Tia Link | Cattle Contract 7085 Todd Cannon | ___________ | ___________ | ___________ |
| TL61Q | Tia Link | Cattle Contract 7087 Roberta Richey | ___________ | ___________ | ___________ |
| TL61R | Tia Link | Cattle Contract 7074 Marc Luo | ___________ | ___________ | ___________ |
| TL61S | Tia Link | Cattle Contract 7071 Paul Hunsander | ___________ | ___________ | ___________ |
| TL61T | Tia Link | Cattle Contract 7009 Winston Cockburn | ___________ | ___________ | ___________ |
| TL61U | Tia Link | Cattle Contract 7068 Wai Yip Lui | ___________ | ___________ | ___________ |
| | | | | | |
| TL101 | NA | Tia Link Proffer Letter 02 24 26 | ___________ | ___________ | ___________ |
| TL102 | NA | Tia Link Joshua Link Text Messages 2026 | ___________ | ___________ | ___________ |
| TL103 | NA | Tia Link Consent to Record 02 26 26 | ___________ | ___________ | ___________ |
| TL104 | NA | FBI 302 Robert Landingham 10 11 24 | ___________ | ___________ | ___________ |
| TL105 | NA | FBI 302 Pamela Jorgensen/Bill Jorgensen 01 23 24 | ___________ | ___________ | ___________ |
| TL106 | NA | FBI 302 Anthony Thomas 01 04 24 | ___________ | ___________ | ___________ |
| TL107 | NA | FBI 302 Steve Feinberg 01 04 24 | ___________ | ___________ | ___________ |
| TL108 | NA | FBI 302 Sandra Stierman 01 02 24 | ___________ | ___________ | ___________ |
| TL109 | NA | FBI 302 Seth Murphy 01 23 24 | ___________ | ___________ | ___________ |
| TL110 | NA | FBI 302 Barry Ellis 09 24 24 | ___________ | ___________ | ___________ |
| | | | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| TL201 | NA | Transcript 02 25 26 Tia Link Joshua Link call | ___________ | ___________ | ___________ |
| TL202 | NA | Transcript 03 05 26 Tia Link Joshua Link call | ___________ | ___________ | ___________ |
| | | | | | |
| TL301 | Tia Link | Arvest Bank , JoshuaLink TiaLink , account no. 0525 , signature card, statements Jan2019 to Dec2022 | ___________ | ___________ | ___________ |
| TL302 | Tia Link | Security First Title, 910 Paint Rd Hope, KS 57541 , 12/7/22 Incoming Wire re $527,859.50 , 11/17/22 Settlement Statement | ___________ | ___________ | ___________ |
| | | | | | |
| WC101 | Wiebe representative | Wiebe Construction Invoices to Agridime A | ___________ | ___________ | ___________ |
| WC102 | Wiebe representative | Wiebe Construction Invoices to Agridime B | | | |
| WC103 | Wiebe representative | Wiebe Construction Invoices to Agridime C | ___________ | ___________ | ___________ |
| | | | | | |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Mark McDonald*

Mark McDonald
Virginia State Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Mark.McDonald3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Mark McDonald*

MARK MCDONALD

Assistant United States Attorney