IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA ROBERT LINK (02)<br>JASON ALLEN LINK (06) | No. 4:26-CR-00051-P |

# TRIAL EXHIIT STIPULATIONS

The United States of America (the "Government") and Defendants Joshua Link and Jason Link (collectively, the "Parties") file this notice to inform the Court that the Parties stipulate as to the authenticity and admissibility of certain exhibits.

On October 29 and 31, 2026, the Parties filed their respective exhibit lists, which included exhibits they may offer as evidence in the trial in this matter.[1] *See* ECF Nos. 253 and 258.

## 1. Business Record Stipulations

The Parties stipulate that the following exhibits are subject to the hearsay exception for business records, and as such may be admitted into evidence (reserving all other objections to relevance, etc.) without the need for a custodial witness to testify (see Fed. R. Evid. 902(11) and 803(6):

| Gov. Ex. No. | Description of Exhibit |
|---|---|
| JL201 to JL297<br>KC3 to KC16, PM101, SB4, SB6, SF1, SF2, SF3, SF5 | Records from Agridime |

1 The Parties reserve the right to amend each exhibit list with leave of the Court, and the Parties will notify the Court of any changes that impact the stipulations proposed here.

| | |
|---|---|
| TB1 to TB7, TL1, TL5, TL30 to TL61U | |
| JW23 | Records from Arizona Corporation Commission |
| KC3 to KC16 , TL301 | Records from Arvest Bank |
| KC3 to KC16, KC301, KC 302 | Records from Bank of America, N.A. |
| JL236H, KC3 to KC16 | Records from Dakota Community Bank and Trust Bank |
| KC3 to KC16 | Records from Exidon, Inc. d/b/a/ Mid-American Feed Yard |
| JL350, JL350A, JL350B, JL350C, JL360, JL360A, JL360B, JL360C, JL360D<br>KC3 to KC16 | Records from Frost Bank |
| KC3 to KC16 | Records from the Fulcrum Group, Inc. |
| KC3 to KC16 | Records from Harvest Returns Inc. |
| KC303 | Records from JP Morgan Chase Bank |
| SB3 | Records from Kansas Corporation Commission |
| KV1 to KV5 | Records from Kaw Valley Solar |
| KC3 to KC16 , KM1 , SF6 | Records from Morgan Creek Farms LLC |
| EW1, JL117A, JL230, JL234, JL234A, JL236E, JL236F, JL236G, JL237, JL237A, JL238 to JL245, JL248, JL271, JL503, JL1001, JL1003, JL1003A, JL1004, JL1005, KC1, KC3, RG1, TB5, TB8 | Records from North Texas Regional Forensics Laboratory |
| JW24, JW25 | Records from ECF Filing, Northern District of Texas, U.S. District Court |
| KC3 to KC16, TL302 | Records from Security 1st Title |
| KC3 to KC16 | Records from Shopify |
| JL1002<br>KC3 to KC16 | Records from Simmons Bank |
| JW21, JW22 | Records from State of North Dakota Securities Commission |
| JM101 to JM104 | Records from USDA |
| WC101 to WC103 | Records from Weibe Construction |
| JL300, JL300A to JL300H, JL301, JL301A, JL301B, JL301C, JL302, JL303, JL304, JL305, JL306, JL320<br>KC3 to KC16<br>SB1, SB2, SB2A, SB13 | Records from Worthington Bank |
| | |
| **Defendant. Ex. No.** | **Description of Exhibit** |
| 200 | Text messages and chats - Taylor Bang |

| | |
|---|---|
| 201 | Text messages and chats - Alex Dyer |
| 202 | Text messages and chats - Tia Link |
| 203 | Text messages and chats - Carol Mccoy |
| 204 | Text messages and chats - James Roberts |
| 205 | Text messages and chats - Royana Thomas |
| 206 | Text messages and chats - Jed Wood |
| 207 | Text messages and chats - Chad Ystaas |
| 208 | Text messages and chats - Unknown |
| 209 | Text messages and chats - others |

**2. Statement of Defendant**

The Parties stipulate that the following exhibit is authentic, admissible and does not contain hearsay because it is an opposing party's statement when offered by the government, and as such may be admitted into evidence (reserving all other objections to relevance, etc.) without the need for a authenticating witness to testify that the statement was made under oath by Defendant Joshua Robert Link (see Fed. R. Evid. 801(d)(2) and 901):

| Gov. Ex. No. | Description of Exhibit |
|---|---|
| SB11 | Records from Arizona Corporation Commission |
| | |

Defendants Joshua Link and Jason Link reserve all objections to any questions that may be asked to various witnesses about the above exhibits, and reserves its right to all other objections, such as relevance.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Mark McDonald
MARK MCDONALD
Virginia State Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
817-252-5200
Mark.McDonald3@usdoj.gov

/s/ Ronald W. Chapman, II
Ronald W. Chapman , II
*Defense Counsel for Joshua Link*
456 E Milwaukee Ave
Detroit, MI 48202
346-242-7626
ron@chapmanandassociates.com

/s/ David Miles Brissette
David Miles Brissette
The Law Offices of Gill & Brissette
3663 Airport Freeway
Fort Worth, TX 76111
817-803-6918
Miles@GillBrissette.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of November 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Mark McDonald*
Mark McDonald
Assistant United States Attorney