IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA ROBERT LINK (02)
JASON ALLEN LINK (06)

No. 4:26-CR-00051-P

**SUPPLEMENTAL AGREED EXHIBIT LIST**

**GOVERNMENT'S EXHIBITS**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| JL228 | Barry Ellis | 03 27 23, 03 29 23, 03 20 23 BarryEllis JoshLink re Cattle Contract and EID tags | X | X | X |

Respectfully submitted,

Ronald W. Chapman, II (pro hac vice)
Michigan Bar No. P73179
Chapman, Dowling & Mallek PC
456 E Milwaukee Ave
Detroit, MI 48202
346-242-7626
ron@chapmanandassociates.com
Attorney for Joshua Robert Link

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Mark McDonald
Virginia State Bar No. 72198
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Mark.McDonald3@usdoj.gov

Respectfully submitted,

David Miles Brissette
Texas Bar No. 50511628
The Law Offices of Gill & Brissette
3663 Airport Freeway
Fort Worth, TX 76111
817-803-6918
Miles@GillBrissette.com
Attorney for Jason Allen Link