Jury note #2 4:26-cr-51-P (2-15)

Jury request JL228

[redacted]

X [redacted] 11/10/26

Date

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 10 2026
CLERK, U.S. DISTRICT COURT
By YC
Deputy