**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 4:26-CR-00051-P** |
| | § | |
| **JOSHUA ROBERT LINK** | § | |
| **JASON ALLEN LINK** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS JOSHUA LINK AND JASON LINK'S JOINT MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 29 AND 33**

Defendants Joshua Robert Link and Jason Link, through undersigned counsel, jointly move under Federal Rule of Criminal Procedure 45(b)(1)(A) for a 30-day extension of the deadline to file their motions for judgment of acquittal under Rule 29(c) and for a new trial under Rule 33. The current deadline is November 24, 2026. Defendants ask that the deadline be extended to December 24, 2026, and ask for expedited consideration because Rule 29(c)(1) requires the Court to set any further time within the 14-day period. In support, Defendants state:

## I. BACKGROUND

Defendants were tried jointly before a jury beginning November 2, 2026. On November 10, 2026, the jury returned a verdict of guilty as to Joshua Link on Counts 1, 2–11, 12–13, 14, and 15–16 of the Superseding Indictment, and as to Jason Allen Link on Counts 14, 15–16, and 17–18.

A motion for judgment of acquittal must be filed within 14 days after a guilty verdict or after the court discharges the jury, whichever is later, "or within any further time the court sets during that 14-day period." Fed. R. Crim. P. 29(c)(1). A motion for a new trial on grounds other than newly discovered evidence must likewise be filed within 14 days after the verdict. Fed. R. Crim. P. 33(b)(2). The deadline for both motions is November 24, 2026.

Under Rule 45(b)(1)(A), the Court may, for good cause, extend a deadline if the request is made before the original time expires. *See also Eberhart v. United States*, 546 U.S. 12, 19 (2005) (per curiam).

**II. GOOD CAUSE**

Good cause exists for the requested extension. This was a multi-defendant prosecution involving Agridime, LLC. Trial lasted six days and involved 34 government witnesses, dozens of exhibits, and expert testimony on forensic accounting.

Each Defendant's Rule 29 and Rule 33 motions require counsel to review the trial record against the elements of each count and the government's theory of proof, and to identify every ground for acquittal or new trial. Counsel cannot responsibly file a complete motion in the 14 days the Rules provide without a thorough review of what happened at trial.

Counsel have acted diligently and make this request in good faith and not for purposes of delay. The requested extension will not interfere with any other Court-ordered date as sentencing is scheduled for March 4, 2027.

The requested extension is also modest, and it will promote efficient resolution of post-trial issues. A single, fully developed motion that cites the transcript will assist the Court more than a placeholder motion followed by supplementation.

## III. THE GOVERNMENT'S OPPOSITION

Under Local Criminal Rule 47.1, undersigned counsel conferred with Assistant United States Attorney Mark McDonald and Allyson Monte on November 18, 2026. The government opposes the relief requested.

## IV. CONCLUSION

For these reasons, Defendants respectfully ask the Court to extend the deadline for each Defendant to file Rule 29 and Rule 33 motions, and any supporting briefs, from November 24, 2026, to December 24, 2026, and to extend the government's response deadline accordingly. A proposed order is attached.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Ronald W. Chapman II*
Ronald W. Chapman, II (*pro hac vice*) (Mich. Bar No. P73179)
Chapman, Dowling & Mallek PC
456 E. Milwaukee Ave.
Detroit, Michigan 48202
T: (346) 242-7626
ron@chapmanandassociates.com

*/s/ Joseph Mallek*
Joseph Mallek (*pro hac vice*) (N.Y. Bar No. 5835442)
Chapman, Dowling & Mallek PC
456 E. Milwaukee Ave.
Detroit, Michigan 48202
T: (346) 242-7626
joe@whitecollarcriminaldefense.com

*/s/ Carl David Medders*
CARL DAVID MEDDERS
D.C. Bar Card No. 494911
Founders Square
900 Jackson Street, Suite 330
Dallas, Texas 75202
T: (214) 871-4900
dmedders@bp-g.com

*Attorneys for Joshua Robert Link*

*/s/ David Miles Brissette*
DAVID MILES BRISSETTE
Texas Bar No. 50511628
The Law Offices of Gill & Brissette
3663 Airport Freeway
Fort Worth, Texas 76111
T: (817) 803-6918
Miles@GillBrissette.com

*Attorney for Jason Allen Link*

**CERTIFICATE OF CONFERENCE**

I certify that on November 18, 2026, I conferred with AUSA Mark McDonald on behalf of both Defendants, who stated that the government opposes this motion.

*/s/ Ronald W. Chapman II*
Ronald W. Chapman, II

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, this document was filed through the Court's CM/ECF system, which serves all counsel of record, including counsel for Jason Link.

*/s/ Ronald W. Chapman II*
Ronald W. Chapman, II